UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778 CR-JORDAN

MAGISTRATE JUDGE
BROWN

IN RE SEALED INDICTMENT
_____/



**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrant, and this order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of October, 2004.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE