**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 04-20778 CR-JORDAN**
**18 U.S.C. § 2423(c)**
**18 U.S.C. § 2251A(b)(2)(A)**

**MAGISTRATE JUDGE BROWN**

**UNITED STATES OF AMERICA**

**vs.**

**KENT FRANK,**

**Defendant.**

______________________________/



**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

From on or about September 16, 2003, to on or about October 9, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

**COUNT 2**

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct

3

as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

**COUNT 3**

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor B, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

**COUNT 4**

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor C, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

**COUNT 5**

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor D, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

**COUNT 6**

On or about September 24, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor A, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

**COUNT 7**

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor B, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

**COUNT 8**

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor C, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

**COUNT 9**

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor D, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

**ADDITIONAL ALLEGATIONS**

1. As to Counts 1 and 2, it is further alleged that, in connection with this offense, KENT FRANK obtained custody, care and supervisory control of Minor A.

2. As to Counts 1 and 2, it is further alleged that, at the time of the offense, Minor A was less than 16 years of age.

3. As to Count 3, it is further alleged that, in connection with this offense, KENT FRANK

obtained custody, care and supervisory control of Minor B.

4. As to Count 3, it is further alleged that, at the time of the offense, Minor B was less than 16 years of age.

5. As to Count 4, it is further alleged that, in connection with this offense, KENT FRANK obtained custody, care and supervisory control of Minor C.

6. As to Count 4, it is further alleged that, at the time of the offense, Minor C was less than 16 years of age.

7. As to Count 5, it is further alleged that, in connection with this offense, KENT FRANK obtained custody, care and supervisory control of Minor D.

8. As to Count 5, it is further alleged that, at the time of the offense, Minor D was less than 16 years of age.

9. As to Counts 1-5, it is further alleged that, these offenses involved causing, transporting, permitting, or offering or seeking by notice or advertisement, a person less than 18 years of age to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

JONATHAN E. LOPEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 04-20778 CR-JORDAN

vs.

KENT FRANK,
Defendant. /

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE BROWN

Superseding Case Information:

Court Division: (Select One)

X Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
List language and/or dialect ___

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: ___ Case No. ___
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ___
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of ___
Defendant(s) in state custody as of ___
Rule 20 from the ___ District of ___

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes X No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes X No

JONATHAN LOPEZ
ASSISTANT UNITED STATES ATTORNEY
Florida ID No. A5500750

Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** KENT FRANK

**Case No**:

Count #: 1

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**: Thirty (30) years' imprisonment

Count #: 2

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**: Thirty (30) years' imprisonment

Count #: 3

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**: Thirty (30) years' imprisonment

Count #: 4

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**: Thirty (30) years' imprisonment

CONTINUED ON NEXT PAGE

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 5

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**: Thirty (30) years' imprisonment

Count #: 6

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**: Life imprisonment

Count #: 7

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**: Life imprisonment

Count #: 8

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**: Life imprisonment

Count #: 9

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**: Life imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34
March 04

No. 04-20778 CR-JORDAN




# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

KENT FRANK,

Defendant.

# INDICTMENT

18 U.S.C. § 2422(3)(c)
18 U.S.C. § 2251A(b)(2)(A)

*A true bill.*

FGJ 03-05(MIA) *Foreman*

*Filed in open court this* 7th *day,*

*of* Oct. *A.D. 2004*

Deputy *Clerk*

*Bail, $* ________________

Federal Grand Jury
Indictment Number