AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA

vs.

KENT FRANK,
     Defendant.

WARRANT FOR ARREST

Case Number: **04-20778 CR-JORDAN**

MAGISTRATE JUDGE
BROWN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KENT FRANK__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)
engaging in illicit sexual conduct with a minor after having traveled in foreign commerce; and purchasing and otherwise obtaining custody and control of a minor after having traveled in interstate commerce,

in violation of __18__ United States Code, Section(s) __2423(c) and 2251A(b)(2)(A)__

Clarence Maddox
Name of Issuing Officer

_Maedon Clark_
Signature of Issuing Officer

Court Administrator/Clerk of Court
Title of Issuing Officer

_10-7-04, Miami, FL_
Date and Location

Bail fixed at $ _____    by _____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT:  **KENT FRANK**

RECOMMENDATION:  **NO BOND**

By: _____
JONATHAN LOPEZ
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:  619 Michigan Av #1, Miami Beach, FL 33139

What Facility:

Agent(s):  U.S. MARSHAL