UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/TURNOFF

UNITED STATES OF AMERICA

vs.

KENT FRANK,

    Defendant.
_____/



FILED by DKTG   D.C.
DEC 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, informs the Court that the defendant in the above captioned case has been arrested and respectfully requests that the indictment, arrest warrant, and any other order with respect to the above named defendant be UNSEALED pursuant to this Court's order executed on October 7, 2004.

The above named defendant made his initial appearance in the Western District Court of Washington on Monday, December 6, 2004 and is presently being removed to the Southern District of Florida.

                                          Respectfully submitted,

                                          MARCOS DANIEL JIMENEZ
                                          UNITED STATES ATTORNEY

By: _____
                                          JONATHAN LOPEZ
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court ID No. A5500750
                                          99 N.E. 4th Street
                                          Miami, FL 33132
                                          (305) 961-9377 Office
                                          (305) 530-7976 Facsimile
                                          jonathan.lopez@usdoj.gov