UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/TURNOFF

UNITED STATES OF AMERICA

vs

KENT FRANK,

Defendant.
_____/



## ORDER TO UNSEAL

IT IS HEREBY ORDERED that the indictment, arrest warrant, and any other order of the Court filed under seal be UNSEALED as of the date hereof.

DONE AND ORDERED in chambers at Miami, Florida, this 10th day of December, 2004.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

```
                        U.S. District Court
                 Southern District of Florida (Miami)

          CRIMINAL DOCKET FOR CASE #: 04-CR-20778-ALL
```

USA v. Sealed Defendant 1                                   Filed: 10/07/04
Dkt# in other court: None

Case Assigned to:  Judge Adalberto Jordan

SEALED DEFENDANT 1 (1)
     defendant


Pending Counts:

    NONE

                                                  Unsealed 12/14/04

Terminated Counts:

    NONE



Complaints:

    NONE




Docket as of December 14, 2004 2:46 pm                      Page 1

```
Proceedings include all events.
1:04cr20778-ALL USA v. Sealed Defendant 1

SEALED DEFENDANT 1

                defendant


=========================

USA

                plaintiff


U. S. Attorneys:

   NONE
```

```
Proceedings include all events.
1:04cr20778-ALL USA v. Sealed Defendant 1

10/7/04   1      SEALED DOCUMENT (mh) [Entry date 10/08/04]

10/7/04   2      SEALED DOCUMENT (mh) [Entry date 10/08/04]

10/7/04   3      SEALED DOCUMENT (mh) [Entry date 10/08/04]

10/7/04   4      SEALED DOCUMENT (mh) [Entry date 10/08/04]
```