


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff
-vs

Defendant: Kent, Frank

CASE NUMBER: CR: 04-20778-CR-Jordan

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 34855-086

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT             (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _____ A M ____ P M ____

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Sex offense

(4) DATE OF BIRTH: 12/17/56

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE: _____ (8) ARRESTING OFFICER: _____

(9) AGENCY: _____ (10) PHONE: _____

(11) COMMENTS: _____