UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KENT FRANK,
    Defendant.
_____/

## TEMPORARY NOTICE OF APPEARANCE

**COMES NOW** *JAMES S. BENJAMIN, Esquire*, and *BENJAMIN & AARONSON, P.A.*, and hereby enters his temporary appearance as counsel of record for the Defendant in the above-captioned case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail/hand delivery to the Office of the United States Attorney, JONATHAN LOPEZ, ASSISTANT UNITED STATES ATTORNEY at 99 N.E. 4th Street, Suite 400, Miami, FL 33132, on this 16 day of December, 2004.

Respectfully submitted,

JAMES S. BENJAMIN, ESQUIRE
*Benjamin & Aaronson, P.A.*
Florida Bar No: 293245
One Financial Plaza, Suite 1615
Ft. Lauderdale, Florida 33394
Telephone: (954) 779-1700
Facsimile: (954) 779-1771