UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:04-20778-CR-JORDAN/Brown

UNITED STATES OF AMERICA

vs.

KENT FRANK,

   Defendant.
_____/

## GOVERNMENT'S NOTICE OF APPEAL OF
## MAGISTRATE JUDGE'S ORDER SETTING BOND

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Southern District of Florida Local Magistrate Rule 4(a)(2), hereby files this Notice of Appeal of Magistrate Judge Brown's Order Setting Bond. On December 22, 2004, United States Magistrate Judge Stephen T. Brown, entered his Order denying the Government's request for pre-trial detention as to the above captioned defendant. The Government will promptly file it's Appeal From Magistrate Judge's Order Setting Bond with this Court.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JONATHAN LOPEZ
Assistant United States Attorney
Court ID Number A5500750
99 NE 4th Street, Suite 400
Miami, FL 33132-2111
Tel: 305-961-9377
Fax: 305-530-7976

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by facsimile and United States mail this 22nd day of December, 2004, to:

James S. Benjamin
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
Fax: 954-779-1771

Assistant United States Attorney
Jonathan Lopez