**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No: 04-20778-CR-JORDAN/Brown**



**UNITED STATES OF AMERICA**

**vs.**

**KENT FRANK,**

      **Defendant.**

_____/

### MOTION TO STAY THE BOND PENDING THE OUTCOME OF THE GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S ORDER SETTING BOND

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that this Court stay the defendants' bond and keep the defendants in custody pending the appeal of Magistrate Judge Brown's Order, issued as of December 22, 2004, denying the Government's request for pre-trial detention in the above captioned case. The Government will promptly file an appeal to Magistrate Judge Brown's Order with this Court.

The Government, in accordance with Southern District of Florida Local Magistrate Rule 4(a)(2), has ordered transcribed the December 22, 2004, Pretrial Detention hearing. The transcript will be provided upon receipt by the undersigned.

                                  Respectfully submitted,

                                  MARCOS DANIEL JIMENEZ
                                  UNITED STATES ATTORNEY

By:   _____

                                  JONATHAN LOPEZ
                                  Assistant United States Attorney
                                  Court ID Number A5500750
                                  99 NE 4th Street, Suite 400
                                  Miami, FL  33132-2111
                                  Tel: 305-961-9377
                                  Fax: 305-530-7976

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was delivered by facsimile and United States mail this 22[th] day of December, 2004, to:

James S. Benjamin
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
Fax: 954-779-1771

Assistant United States Attorney
Jonathan Lopez

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No: 04-20778-CR-JORDAN/Brown**

**UNITED STATES OF AMERICA**

**vs.**

**KENT FRANK,**

  **Defendant.**
_____/

**ORDER GRANTING EMERGENCY MOTION TO STAY THE BOND PENDING THE**
**OUTCOME OF THE GOVERNMENT'S APPEAL FROM**
**MAGISTRATE JUDGE'S ORDER SETTING BOND**

  **THIS CAUSE** came before the Court upon the Government's Motion To Stay the Bond

Pending the Outcome of the Government's Appeal from Magistrate Judge's Order Setting Bond.

  **IT IS ORDERED AND ADJUDGED** that the Government's Motion To Stay the Bond

Pending the Outcome of the Government's Appeal is GRANTED.  The above captioned defendant

shall remain in custody pending the outcome of the appeal.

  **DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of December, 2004.


             _____
             ADALBERTO JORDAN
             UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record
     United States Marshall's Service