UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA,

v.
KENT FRANK

**ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION & SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is
**ORDERED AND ADJUDGED** as follows:

____ The government's motion is **denied.**
✓ The defendant's motion is **granted;** bond is set at:
____ Personal Surety, unsecured, in the amount of $_____

✓ Personal Surety in the amount of $ One Million
with ~~10%~~ posted with Clerk of Court.
50% co-signed by ex-wife (not to further encumber property)
____ Personal Surety in the amount of $_____
secured by the following collateral: _____

____ Full Cash in the amount of $_____

____ Corporate Surety in the amount of $_____

____ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS:  WEEKLY IN PERSON; as directed WEEKLY BY PHONE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON- PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW. mental health test/treatment
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.  __ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: 24 hr house arrest electronic monitoring @ Deft's expense; may leave home with prior approval from PTS for csl meetings, court appearances, medical reasons; documented medical emergencies+

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 22ND day of DECEMBER, 2004.

TAPE NO. 04D- 63-2816, 64-1

c:AUSA, Defense,
  Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

\* no computers/access, provide PTS, monthly upon request with credit card/phone records; allow installation on computer of security access device by PTS

12P