UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 2 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No: 04-20778-CR-JORDAN/Brown

UNITED STATES OF AMERICA

vs.

KENT FRANK,

    Defendant.
_____/

### ORDER GRANTING EMERGENCY MOTION TO STAY THE BOND PENDING THE OUTCOME OF THE GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S ORDER SETTING BOND

**THIS CAUSE** came before the Court upon the Government's Motion To Stay the Bond Pending the Outcome of the Government's Appeal from Magistrate Judge's Order Setting Bond.

**IT IS ORDERED AND ADJUDGED** that the Government's Motion To Stay the Bond Pending the Outcome of the Government's Appeal is GRANTED. The above captioned defendant shall remain in custody pending the outcome of the appeal.* A hearing is set for Tuesday, December 28, 2004, at 9:30 a.m. The defendant is to be present.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 23rd day of December, 2004.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record (by fax from chambers)
           United States Marshall's Service

---

* The next time the government seeks a stay pending review of a bond order, it should at the very least describe what bond the magistrate judge set, and summarize the reasons why it believes pretrial detention is appropriate. The government's papers are devoid of any substantive information, and I had to locate the bond order in order to rule on the government's request for a stay.