UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 04-20778-CR-JORDAN/Brown

UNITED STATES OF AMERICA

vs.

KENT FRANK,

    Defendant.
_____/

**NIGHT BOX FILED**
DEC 27 2004
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### NOTICE OF FILING TRANSCRIPT OF HEARING FOR THE GOVERNMENT'S APPEAL FROM MAGISTRATE JUDGE'S ORDER SETTING BOND

The United States of America, through the undersigned Assistant United States Attorney, pursuant to Southern District of Florida Local Magistrate Rule 4(a)(2), hereby files the transcript of the hearing on December 22, 2004, conducted before United States Magistrate Judge Brown, as an attachment to its appeal of the denial of pre-trial detention.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JONATHAN LOPEZ
Assistant United States Attorney
Court ID No. A5500750
99 NE 4th Street, Suite 400
Miami, FL 33132-2111
Tel: 305-961-9677
Fax: 305-530-7976

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was delivered by hand this 27th day of December, 2004, to:

James S. Benjamin
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
Fax: 954-779-1771

                                          Jonathan Lopez
                                          Assistant United States Attorney