<pre>Case 1:04-cr-20778-AJ   Document 20   Entered on FLSD Docket 12/29/2004   Page 1 of 1</pre>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 2 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: 12/28/04
Case No. 04-20778-cr-Jordan
Clerk: Maria Conboy
Reporter: Francene Salopek
Probation Officer: none
Interpreter: none
U.S.A. vs. Kent Frank

Defendant: **PRESENT**   NOT PRESENT   IN CUSTODY
U.S. Attorney: Jonathan Lopez
Defense Counsel: James Benjamin

Reason for hearing: Pretrial Detention Hearing

Result of hearing: Court heard testimony from witnesses and received exhibits. Court continued hearing at request of counsel for the defendant to January 3, 2005 at 2:00pm.

Misc. _____

Case continued to: _____   Time: _____   For: _____