# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### Office of the Clerk

Clerk, US District Court
  for the Southern District of Florida
301 North Miami Avenue
Miami FL  33128

8 December 2004



      Re: Kent Frank
      Your No: 04-20778 CR-JORDAN
      Our No: 04-681 M

Dear Clerk:

Enclosed are certified copies of the following documents in the above referenced case pursuant to Rule 5, Federal Rules of Criminal Procedure:

1. Waiver of Rule 5 Hearing and Order of Transfer
2. Order Appointing Federal Public Defender
3. Financial Affidavit
4. Docket Sheet

Defendant, Kent Frank, had an initial appearance before Magistrate Judge Mary Alice Theiler on Monday, 6 December 2004. The defendant waived his right to a Rule 5 hearing and the Court signed an Order of Transfer at that time. The defendant was remanded to the custody of the U.S. Marshals pending transfer to your district.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

by Peter H. Voelker, Deputy Clerk

Enclosures

CLOSED

# U.S. District Court
## Western District of Washington (Seattle)
### CRIMINAL DOCKET FOR CASE #: 2:04-mj-00681-MAT-ALL
### Internal Use Only

Case title: USA v. Frank

Date Filed: 12/06/2004

Assigned to: Mary Alice Theiler

**Defendant**

Kent Frank (1)   represented by   Michael Filipovic
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Fax: FAX 553-0120
Email: michael_filipovic@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

**Complaints**

18:2423.F Travel in foreign

**Disposition**

18:2423.F Travel in foreign
commerce & engage in illicit
sexual conduct

**Plaintiff**

USA                                        represented by **Susan Blair Dohrmann**
                                                          US ATTORNEY'S OFFICE (SEA)
                                                          700 STEWART ST
                                                          STE 5220
                                                          SEATTLE, WA 98101-1271
                                                          206-553-7970
                                                          Email: Susan.Dohrmann@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2004 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Kent Frank (PV, ) (Entered: 12/08/2004) |
| 12/06/2004 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Michael Filipovic for Kent Frank by Judge Mary Alice Theiler. (PV, ) (Entered: 12/08/2004) |
| 12/06/2004 |  | Arrest of Kent Frank on 12/6/2004. (PV, ) (Entered: 12/08/2004) |
| 12/06/2004 | 4 | Minute Entry for proceedings held before Judge Mary Alice Theiler - CRD: *J Nothern*; AUSA: *Susan Dohrmann*; Def Cnsl: *Michael Filipovic*; PTS: *Kelly Hunt*; Time of Hearing: *2:30*; Courtroom: *Ctrm 12B*; **RULE 40 IDENTITY HEARING** as to Kent Frank held on 12/6/2004. Advised of rights & charges. Financial affidavit reviewed & counsel appointed. Waiver of Rule 5 signed; Court signs Order of Transfer; Govt moves to detain. Deft detained. Defendant remanded to custody. (PV, ) (Entered: 12/08/2004) |
| 12/06/2004 | 5 | WAIVER of Rule 5 Hearings and ORDER OF TRANSFER by Kent Frank (cc: USMO) (PV, ) (Entered: 12/08/2004) |
| 12/06/2004 |  | ***Case Terminated as to Kent Frank (PV, ) (Entered: 12/08/2004) |
| 12/08/2004 | 2 | Financial Affidavit by Kent Frank signed by Judge Mary Alice Theiler.(PV, ) (Entered: 12/08/2004) |

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 06 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 04-681 M

vs.

Kent Frank,

    Defendant,

WAIVER OF RULE 5(c)(3)(D) HEARING

and ORDER OF TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, Kent Frank, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a)    I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the Southern District of Florida;

    b)    I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

04-MJ-00681-ORD

c)  If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 6th day of December, 2004

_____          _____
Michael F. Tipou                    Defendant
Defense Counsel

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the Southern District of Florida. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 6 day of December, 20__.

_____
United States Magistrate Judge

*United States District Court-*
*for the*
*Western District of Washington*

____ FILED   ____ ENTERED
____ LODGED  ____ RECEIVED

**DEC 06 2004**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                      DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff                 )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>                              )<br>KENT FRANK                    )<br>                              )<br>    Defendant                 )<br>                              )<br>                              )<br>_____) | 04-681M<br><br><br><br><br>ORDER APPOINTING<br>FEDERAL PUBLIC<br>DEFENDER |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 6 day of December 2004

_____
United States Magistrate Judge

**ORDER APPOINTING F.P.D.**



04-MJ-00681-CJA

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

CJA 23 (REV 5/98)

LODGED ____ RECEIVED
DEC 06 2004
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

04-MJ-00681-AF

Frank, Kent

| | |
|---|---|
| 1 ☐ Defendant - Adult | **LOCATION NUMBER** |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | **DOCKET NUMBERS** |
| 4 ☐ Probation Violator | Magistrate: 04-651 m |
| 5 ☐ Parole Violator | District Court |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box -) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment: How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED 25,000   SOURCES Pension IRA

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 1,128

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 225,000   DESCRIPTION Residence 1/2 ownership

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Child Support | $ 1,300 | $ 1,300 |
| | Mortgage | $ 29,000 | $ 300 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-5-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) _____