CRIMINAL MINUTES

FILED by _____ D.C.
JAN - 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE _Adalberto Jordan_ PRESIDING

CASE NO. _04-20778-CR-Jordan_ DATE: _January 3, 2005_

CLERK: _W.E. Cnbacy_   REPORTER: _Francene Saloper_

USPO: _none_   INTERPRETER: _none_

UNITED STATES OF AMERICA vs. _Kent Frank_

AUSA: _Jonathan Lopez_

DEFENDANT(S) COUNSEL: _James Benjamin_

DEFENDANT(S) PRESENT ✓ NOT PRESENT ___ , IN CUSTODY ✓

REASON FOR HEARING: _Continued Pretrial Detention Hearing. Continued from 12/28/04._

RESULTS OF HEARING: _Court ordered defendant held in pretrial detention. Order will be issued by Court in the next few days –_