*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*



THE UNITED STATES OF AMERICA,

                Case No. 04-20778-Cr-JORDAN

    Plaintiff,

vs.                 Miami, *FLORIDA*
                   December 22, 2004

KENT FRANK,

    Defendant.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE STEPHEN T. BROWN,**
**UNITED STATES MAGISTRATE JUDGE**

**APPEARANCES:**

**FOR THE GOVERNMENT:**

    *United States Attorney's Office*
    **BY: JONATHAN E. LOPEZ, A.U.S.A.**
    99 N.E. 4th Street, Suite 600
    Miami, Florida 33132

**FOR THE DEFENDANT:**

    *Benjamin & Aaronson*
    **BY: JAMES S. BENJAMIN, ESQ.**
    1 Financial Plaza
    Suite 1615
    Ft. Lauderdale, Florida 33394

**REPORTED BY:**    **JERALD M. MEYERS, RPR-CM**
                Miami, FL   33128-7797



**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-20778-CR JORDAN

## ATTACHMENT TO DOCKET ENTRY: 25
# NOT SCANNED

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ STATE COURT RECORD (HABEAS CASES)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (i.e. hand written, legal size, light print, etc.)

# PLEASE REFER TO COURT FILE