UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>04-20778-CR-JORDAN/BROWN</u>

UNITED STATES OF AMERICA

vs.

**ORDER ON HEARING TO**

<u>KENT FRANK</u>

**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel <u>David A. Howard</u> appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this <u>18</u> day of <u>JANUARY</u>, 2005.

TAPE 05B- 1-210

c. Defense Counsel
   Pretrial Services
   U.S. Marshal
   AUSA

**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**