UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

FILED by ___ D.C.

CLAREN___ ___
LERK U___ ___
S. D. OF ___

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KENT FRANK,

       Defendant.
_____/

## ORDER

THIS CAUSE id before the Court on <u>Defendant's Emergency Unopposed Motion for Enlargement of Time to File Pretrial Motions</u>. The Court has reviewed the motion, notes that it is unopposed, and is otherwise fully advised in the premises. Accordingly, it is hereby,

ORDERED that the motion is GRANTED. The parties shall have ~~an four week~~ *until noon on February 18, 2005,* ~~enlargement of time, from January 20, 2005,~~ to file pretrial motions in this case. It is further hereby,

ORDERED, that the ~~four week~~ *of one* period which shall elapse as a result of the granting of Defendant's motion, shall be excluded from any and all Speedy trial computations related to this matter. *I will extend the deadline further if the Defendant moves for a continuance of trial.*

DONE AND ORDERED this 25th day of January, 2005.

_____
THE HONORABLE ADALBERTO JORDAN
United States District Judge

cc: counsel of record