UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

FILED by _____ D.C.

FEB 1 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) )  ) |
| KENT FRANK | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT'S AGREED MOTION FOR CONTINUANCE**

The defendant's agreed motion to continue the trial [D.E.37] is GRANTED. The interests of justice served by a continuance outweigh any interest of the public or the defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the motion was filed, February 16, 2005, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

This case is reset for trial during the two-week trial calendar beginning on July 25, 2005. If the case cannot be tried during this two-week period, it will be reset for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 9 a.m. on July 19, 2005, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call. Pre-trial motions shall be filed no later than April 29, 2005. Responses to motions shall be filed by the deadline set by Local Rule 7.1.C and in no event later than May 20, 2005 and replies will be due June 3, 2005. Counsel shall serve motions and opposition memoranda by hand-delivery or facsimile when it is practicable to do so.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of February, 2005.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record

