UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

FILED by _____ D.C

9 2005

Date: 6-9-05                    Case No. 04-20778 Cr-Jordan

Clerk: Maria Conboy        Reporter: Francine Salopek

Probation Officer: None              Interpreter: None

U.S.A. vs. Kent Frank

---

Defendant:    PRESENT    NOT PRESENT    IN CUSTODY

U.S. Attorney: Jonnathan Lopez and Wendy Waldron

Defense Counsel: James Benjamin and Mr. Gerenser

Reason for hearing: Status Conference

---

Result of hearing: Counsel to file by 6/24/05 a joint proposed scheduling report, to include Proposed trial dates, witnesses due to be deposed, proposed dates for filing motions, responses and replies, proposed deadlines for expert reports, and all parties position regarding a continuance — right to a speedy Trial —

Misc.

Case continued to:_____  Time:_____ For:_____