UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENT FRANK,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

**COMES NOW,** the United States of America by and through Assistant United States Attorney, *JONATHAN LOPEZ* and Department of Justice Trial Counsel, *WENDY WALDRON*, and the Defendant, **KENT FRANK,** by and through his undersigned counsel, *JAMES S. BENJAMIN, ESQUIRE and DANIEL R. AARONSON, ESQUIRE*, and *BENJAMIN & AARONSON, P.A.* file their Joint Scheduling Report pursuant to this Honorable Court's Order of June 9, 2005 requiring this pleading to be filed no later than June 24, 2005 and respectfully submits the following scheduling requests:

1. All pre-trial motions shall be filed no later than sixty (60) days after the date of this Report on August 24, 2005.

2. Each party shall respectfully have forty-five (45) days in which to reply to those motions on or before October 10, 2005.

3. Each party shall have fifteen (15) days to reply to those responses on or before October 25, 2005.

4. The parties believe the following witnesses would be subject to Rule 15 depositions in Cambodia. The parties intend to reach an agreement wherein all the Rule 15 depositions will be conducted in Cambodia and will arrange to conduct those depositions in January, 2006 unless the circumstances arise which require immediate travel or depositions in the United States, in which case the parties will seek prior approval from the Court.

**GOVERNMENT WITNESSES:**

(1.) Four (4) alleged victims.
(2.) Additional alleged victims (2-3).
(3.) Cambodian police personnel present at time of search of hotel room.
(4.) Cambodian police personnel present at time of statements of Defendant and statements of victim, including interpreters (same as defense #2).
(5.) Dr. Cousins.
(6.) AFESIP personnel (1-3).
(7.) Golden Bridge personnel (2).
(8.) Mark Ripin.
(9.) Commune Village Chief.

**DEFENSE WITNESSES:**

(1.) Parents of alleged victims.
(2.) Any and all persons present including interpreters at the time of the alleged statements of the Defendant and the alleged victims.
(3.) Security personnel at Sharky's Bar.
(4.) Cambodian attorney of Kent Frank, PraySour.
(5.) Cambodian police escort of Kent Frank.

5. The parties propose that the exchange of expert witness information should be as follows: (a) on or before sixty (60) days before trial each respective parties shall file the identity, report and CV of their experts;

(b) within forty (40) days before the trial each respective party shall file the same information as to rebuttal experts.

6. The parties propose a trial date sometime in the Spring of 2006.

7. Undersigned counsel for Defendant, KENT FRANK, have fully and completely discussed the contents of this Scheduling Report and the rights under the Speedy Trial Act to the Defendant who understands and agrees to the contents of this Scheduling Report.

Dated this ____ day of June, 2005.

Respectfully submitted,

/s/ JONATHAN LOPEZ
_____
Office of the United States Attorney
**JONATHAN LOPEZ, ESQUIRE**
99 N.E. 4th Street- Suite 400
Miami, FL 33132
Telephone: (305) 961-9377
Facsimile: (305) 530-7976

Benjamin & Aaronson, P.A.
**JAMES S. BENJAMIN, ESQUIRE** (293245)
One Financial Plaza - Suite 1615
Fort Lauderdale, FL 33394
Telephone: (954) 779-1700
Facsmile: (954) 779-1771

/s/ WENDY WALDRON
_____
Office of the Attorney General
**WENDY WALDRON, ESQUIRE**
Child Protection and Obscenity Unit
Department of Justice
1400 N.Y. Avenue, Northwest-Suite 6000
Washington D.C., 20005
Telephone: (202)353-3745
Facsimile: (202) 514-1793

Benjamin & Aaronson, P.A.
**DANIEL R. AARONSON, ESQUIRE** (314579)
One Financial Plaza - Suite 1615
Fort Lauderdale, FL 33394
Telephone: (954) 779-1700
Facsimile: (954) 779-1771