UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENT FRANK,

        Defendant.

_____/

### STIPULATED JOINT MOTION TO ALTER THE SCHEDULE FOR FILING OF MOTIONS

**COMES NOW,** the United States of America by and through Assistant United States Attorney, *JONATHAN LOPEZ* and Department of Justice Trial Counsel, *WENDY WALDRON*, and the Defendant, **KENT FRANK**, by and through his undersigned counsel, *JAMES S. BENJAMIN, ESQUIRE and DANIEL R. AARONSON, ESQUIRE*, and *BENJAMIN & AARONSON, P.A.* jointly move this Honorable Court to alter the schedule dates for the filing of motions on the previously filed Trial Order of July 7, 2005 and for grounds therefore state as follows:

1.    This Honorable Court's prior Trial Order established the dates for all substantive pre-trial motions to be filed by August 24, 2005; responses to substantive motions to be filed by October 10, 2005; and replies to the responses on substantive motions to be filed by October 25, 2005.

2.    The parties jointly move this Honorable Court to re-set the above established dates for a period of thirty (30) days so that all substantive pre-trial motions are due on September 23, 2005; responses to substantive motions are due on November 10, 2005; replies to responses on substantive motions are due on November 25, 2005.

3.      Counsel for the Defendant, KENT FRANK has run into problems with the interpreters dealing with the Cambodian and Vietnamese language documents and other materials that are the subject matter of many of the motions to be filed in this case. The interpreters require additional time to do the translations as both of them have had vacation plans for this summer.

4.      That counsels for the Defendant and the Government have consulted and jointly agree and stipulate to request this Honorable Court to extend the respective filing dates for the motions for the thirty (30) day periods.

5.      The parties agree that these extensions of these dates will not effect in any way any of the other dates set by the Trial Order by this Honorable Court including the Rule 15 travel dates, expert document exchange dates, and especially the trial date which being set for May 1, 2006 will be not be effected in any way.

WHEREFORE, the parties respectfully request this Honorable Court to alter the motion filing dates as requested above.

Dated this 28 day of July, 2005.


Respectfully submitted:


| JONATHAN LOPEZ /s/ | /s/ |
|---|---|
| Office of the United States Attorney | Benjamin & Aaronson, P.A. |
| **JONATHAN LOPEZ, ESQUIRE** | **JAMES S. BENJAMIN, ESQUIRE** (293245) |
| 99 N.E. 4th Street- Suite 400 | One Financial Plaza - Suite 1615 |
| Miami, FL 33132 | Fort Lauderdale, FL 33394 |
| Telephone: (305) 961-9377 | Telephone: (954) 779-1700 |
| Facsimile: (305) 530-7976 | Facsmile: (954) 779-1771 |

| WENDY WALDRON | DANIEL R. AARONSON |
|---|---|
| /s/ | *[signature]* |
| Office of the Attorney General<br>**WENDY WALDRON, ESQUIRE**<br>Child Protection and Obscenity Unit<br>Department of Justice<br>1400 N.Y. Avenue, Northwest-Suite 6000<br>Washington D.C., 20005<br>Telephone: (202)353-3745<br>Facsimile: (202) 514-1793 | Benjamin & Aaronson, P.A.<br>**DANIEL R. AARONSON, ESQUIRE** (314579)<br>One Financial Plaza - Suite 1615<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 779-1700<br>Facsimile: (954) 779-1771 |