UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
KENT FRANK )

**ORDER**

The parties' joint motion to extend the time for filing defensive motions is GRANTED. Motions are now due by October 14, 2005 and the Government will have thirty (30) days from that date to respond.

DONE AND ORDERED in chambers in Miami, Florida, this 12th day of October, 2005.

_____
Adalberto Jordan
United States District Judge

Copy to :    All counsel of record