UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/BROWN

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KENT FRANK,**

    Defendant.

_____/

**MOTION TO COMPEL THE RETURN OF EVIDENCE**

**COMES NOW,** the Defendant, **KENT FRANK,** *by and through his undersigned counsel, JAMES S. BENJAMIN, ESQUIRE, DANIEL R. AARONSON, ESQUIRE, BENJAMIN & AARONSON, P.A.*, and moves this Honorable Court to Compel the Government to return property owned by the Defendant as specified below and for grounds therefore would state as follows:

1. Kent Frank was arrested at the direction of the United States Government pursuant to an arrest warrant issued in the Southern District of Florida on December 2, 2004 in Ho Chi Minh City (HCMC) where Kent was residing for several months. At the time of his arrest Frank's belongings were located in his apartment in Ho Chi Minh City. At the time he was arrested at the direction of United States' authorities, Frank's belongings were confiscated. The Defendant has not seen his belongings since the day of his arrest.

BENJAMIN & AARONSON, P.A. • One Financial Plaza • Suite 1615 • Fort Lauderdale, Florida 33394

2. In and among the Defendant's possessions were documents that are vital to his defense.

3. The whereabouts of the Defendant's belongings since the date of his arrest are unknown. Various documents that were contained within the Defendant's possessions are vital to formulating a defense to the charges alleged against the Defendant at this time.

WHEREFORE, Defendant, KENT FRANK, prays this Honorable Court to grant this Motion to Compel and compel the Government to return the Defendant's belongings so he may locate and identify those documents that will aid in his defense.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail/hand delivery to the Office of the United States Attorney, JONATHAN LOPEZ, at 99 N.E. 4th Street, Suite 400, Miami, FL 33132, and to ASSISTANT ATTORNEY GENERAL, WENDY WALDRIN, at Child Protection and Obscenity Unit at the Department of Justice, 950 Pennsylvania Avenue, Northwest, Washington D.C., 20530-0001 on this __ day of Oct., 2005.

Respectfully submitted,

_____
JAMES S. BENJAMIN, ESQUIRE
*Benjamin & Aaronson, P.A.*
Florida Bar No: 293245
One Financial Plaza, Suite 1615
Ft. Lauderdale, Florida 33394
Telephone: (954) 779-1700
Facsimile: (954) 779-1771

-2-