UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>04-20778-Cr-Jordan(s)</u>
18 U.S.C. § 2423(c)
18 U.S.C. § 2251A(b)(2)(A)
18 U.S.C. § 2423(b)

UNITED STATES OF AMERICA

vs.

KENT FRANK,

    **Defendant.**

_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about September 16, 2003, to on or about October 9, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

### COUNT 2

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did

travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

## COUNT 3

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor B, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

## COUNT 4

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor C, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

## COUNT 5

From on or about November 23, 2003, to on or about January 1, 2004, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, did travel in foreign commerce, from the United States to Cambodia, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor D, a person less than 18 years of age.

All in violation of Title 18, United States Code, Section 2423(c).

## COUNT 6

On or about September 24, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor A, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 7

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor B, a person under 18 years of age, with the intent to promote the engaging in of

sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 8

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor C, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 9

On or about December 31, 2003, the defendant,

**KENT FRANK,**

a citizen of the United States with last known residence within the Southern District of Florida, having traveled in interstate and foreign commerce, did purchase and otherwise obtain custody and control of Minor D, a person under 18 years of age, with the intent to promote the engaging in of sexually explicit conduct by such minor for the purpose of producing any visual depiction of such conduct. All in violation of Title 18, United States Code, Section 2251A(b)(2)(A).

## COUNT 10

From on or about November 18, 2003, to on or about November 25, 2003, in the Southern District of Florida, and elsewhere, the defendant,

**KENT FRANK,**

a citizen of the United States, did travel in interstate and foreign commerce, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f).

All in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

*(signature)*
FOREPERSON

*(signature)*
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

*(signature)*
JONATHAN E. LOPEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KENT FRANK,
        **Defendant.**    /

CASE NO.   04-20778-CR-JORDAN(s)

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)   Yes ____   No _X_
Number of New Defendants   _0_
Total number of counts   _10_

**Court Division:** (Select One)

_X_ Miami   ___ Key West
___ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect _____

4. This case will take _7_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
(Check only one)     (Check only one)

  I    0 to 5 days   ____   Petty   ____
  II   6 to 10 days  _X_   Minor   ____
  III  11 to 20 days  ____  Misdem.  ____
  IV  21 to 60 days  ____  Felony  _X_
  V   61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
If yes:
Judge: _Jordan_   Case No. _04-20778-Cr_
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _12/06/04_
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes _X_ No

                      _____
                      JONATHAN LOPEZ
                      ASSISTANT UNITED STATES ATTORNEY
                      Court ID No. A5500750

Penalty Sheet(s) attached                                 REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KENT FRANK

**Case No**: 04-20778-CR-JORDAN(s)

Count #: 1

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

**\* Max.Penalty**:          Thirty (30) years' imprisonment

Count #: 2

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

**\* Max.Penalty**:          Thirty (30) years' imprisonment

Count #: 3

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

**\* Max.Penalty**:          Thirty (30) years' imprisonment

Count #: 4

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

**\* Max.Penalty**:          Thirty (30) years' imprisonment

CONTINUED ON NEXT PAGE

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 5

Engaging in illicit sexual conduct in foreign places

18 U.S.C. § 2423(c)

* **Max.Penalty**:          Thirty (30) years' imprisonment

Count #: 6

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**:          Life imprisonment

Count #: 7

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**:          Life imprisonment

Count #: 8

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**:          Life imprisonment

Count #: 9

Buying of children

18 U.S.C. § 2251A(b)(2)(A)

* **Max.Penalty**:          Life imprisonment

Count #: 10

Travel with intent to engage in illicit sexual conduct

18 U.S.C. § 2423(b)

* **Max.Penalty**:          Thirty (30) years' imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**