**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  04-20778-CR-JORDAN**

**UNITED STATES OF AMERICA,**

**vs.**

**KENT FRANK,**

   **Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL RETURN OF EVIDENCE AND GOVERNMENT'S DEMAND FOR RECIPROCAL DISCOVERY

The United States of America, by and through the undersigned Assistant United States Attorney, files this response to defendant Kent Frank's Motion to Compel the Return of Evidence.

**I.     Return of Evidence.**

Defendant's motion requests the return of all evidence that was seized at the time of the defendant's arrest in Vietnam. Attached hereto as Exhibit A is an inventory list of all items that were turned over to Special Agent Richard Matthews when the defendant was placed into his custody in Thailand in December 2004. Photocopies of everything on the inventory list, including copies of all documents, have been included with the government's Second Supplemental Discovery Response that was delivered to the defendant's counsel via Federal Express on [DATE] November 22, 2005

In addition, inquires have been made to the Vietnamese authorities regarding whether they are in possession of any additional items. While the United States has no reason to suspect that there are additional items, the United States will notify the defendant if anything else surfaces.

Since the United States has turned over everything relating to the defendant's arrest that it has in its possession, and further, has made efforts to ensure that there are no additional confiscated items, the United States respectfully requests that this Court deny defendant's motion as moot.

**II.     Demand for Reciprocal Discovery**.

The government hereby renews its demand for the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request renewal is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

It appears that the defendant has substantially investigated this case, both in the United States and in Cambodia. Aside from the CD containing interviews of the four victims, which constitutes inadmissible hearsay, the United States has not yet received any discovery from the defendant. The United States respectfully requests that this Court compel the defendant to produce all reciprocal discovery, including, all information relating to the creation of the CD in Cambodia, such as payments made to investigators, unidentified females, victims, as well as all original footage of the CD.

2

**Conclusion**

Accordingly, the defendant's motion should be denied as moot, and the defendant should be required to immediately turn over all reciprocal discovery, including all original footage, payment information, and other discovery relating to the CD.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
JONATHAN E. LOPEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500750
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9377
Fax: (305) 530-7976

By: _____
WENDY WALDRON
Trial Attorney, U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20005
Telephone: (202) 514-5780
Facsimile: (202) 514-1793

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by facsimile and

United States mail this 2?*^ day of November, 2005, to:

    James S. Benjamin
    One Financial Plaza, Suite 1615
    Ft. Lauderdale, FL 33394
    Fax: 954-779-1771

                                            Jonathan Lopez
                                            Assistant United States Attorney

4

# GOVERNMENT'S RESPONSE TO
# DEFENDANT'S MOTION TO COMPEL
# RETURN OF EVIDENCE

## EXHIBIT A

INVENTORY OF 2 BAGS SEIZED FROM KENT FRANK IN DECEMBER 2004

Bag 1

1.  Wallet with 2 identification cards, 3 credit cards, and misc papers
2.  toiletries
3.  novels
4.  mens clothes
5.  4 novels
6.  small battery
7.  medications
8.  towel
9.  bedsheet
10. misc papers
11. watch
12. belt
13. "Pinochio" pink notebook

Bag 2

1.  photos
2.  condoms
3.  3 novels
4.  misc papers
5.  mens clothing
6.  medications
7.  glasses
8.  toiletries
9.  MobiTel sim card