UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| KENT FRANK | ) |



FILED by _____ D.C.

    1    2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER

Mr. Frank's renewed motion for bond and/or to reopen the pretrial detention hearing [D.E. 56] is DENIED for the reasons which follow.

The motion is based upon the *unsworn* statements of three of the alleged victims, made during interviews conducted in Cambodia. During these interviews, the victims state that they were 18 years of age at the time of the offenses charged in the indictment and superseding indictment, and that they were previously forced by the police and NGOs to say that they were under age.

I have reviewed the video disc of the interviews – provided to me by the government – and the portions of transcripts attached to the government's response. In light of that review, I do not give much weight to the victims' statements, and am still of the view that the alleged victims were under age at the times charged by the government. As the transcripts indicate, two of the alleged victims (Minors A and C) had their answers strongly suggested to them by those who were with them at the interviews.

Moreover, the government's pediatric expert, Dr. Lambert, has opined that each of the four alleged victims were under the age of 16. I adhere to my prior findings that Mr. Frank is a danger to the community and a risk of flight.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of December, 2005.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jonathan Lopez, AUSA
           Wendy Waldron, Assistant Attorney General
           James S. Benjamin, Esq.