UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-Cr-JORDAN/KLEIN

UNITED STATES OF AMERICA

    Plaintiff,
v.
KENT FRANK,

    Defendant.
_____/



## UNOPPOSED AND AGREED MOTION TO RE-SET HEARINGS SET BEFORE MAGISTRATE

**COMES NOW**, the Defendant, **KENT FRANK**, *by and through his undersigned counsel, JAMES S. BENJAMIN, Esquire*, and *BENJAMIN & AARONSON, P.A.*, and with the agreement of Assistant United States Attorney Eric Morales, moves this Honorable Court to re-set the hearings presently set for March 21, 2006 at 10:00 AM before the Honorable United States Magistrate Theodore Klein and for grounds therefore would state as follows:

1.    United States Magistrate Judge Klein set hearings on the Motions referred to the Court by U.S. District Court Judge Jordan for March 21, 2006 by Order dated February 28, 2006.

2.    Co-Counsel for the Government, trial attorney Wendy Waldron, United States Department of Justice, left on annual leave before the hearing date was set and is not due to return to her post in Washington, DC until the date of March 19, 2006.

3.    Further, Assistant United States Eric Morales, has informed undersigned counsel that he is set for trial this week, the week of March 13, 2006 and is also set for trial the week of March 20, 2006 on a trial that he believes is certain.

4.    Further, the parties jointly filed a Motion to Re-Set Dates in this case before the Honorable United States District Court Judge Jordan before receiving this Order setting this hearing date. In that joint Motion, the parties have indicated to Judge Jordan that a last attempt to try to dispose of the case by way of plea is pending and the parties need at least three weeks in order to try to plea the case.

5.    Undersigned counsel has spoken to Assistant United States Eric Morales who has indicated he is unopposed and in total agreement to this Motion.

6.    The parties would respectfully request that should Judge Klein be inclined to re-set the hearing that the Court conduct a brief status conference in early April in order to determine the status of the case before re-setting the hearing.

WHEREFORE, Defendant, KENT FRANK, the parties respectfully request this Honorable Court to grant the relief sought above and re-set the hearings presently set and set a status conference for early April.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail/hand delivery to the Office of the United States Attorney, ERIC MORALES, at 99 N.E. 4th Street, Suite 400, Miami, FL 33132, and to ASSISTANT ATTORNEY GENERAL, WENDY WALDRON, at Child Protection and Obscenity Unit at the Department of Justice, 950 Pennsylvania Avenue, Northwest, Washington D.C., 20530-0001 on this ___ day of March, 2006.

Respectfully submitted,

JAMES S. BENJAMIN, ESQUIRE
*Benjamin & Aaronson, P.A.*
Florida Bar No: 293245
One Financial Plaza, Suite 1615
Ft. Lauderdale, Florida 33394
Telephone: (954) 779-1700
Facsimile: (954) 779-1771