UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778 CR-JORDAN/KLEIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT FRANK,

    Defendant.
_____/



## ORDER RE-SETTING STATUS CONFERENCE

This Court had scheduled a status conference in this case for Tuesday, April 11, 2006 at 3:00 p.m. A conflict has arisen for that date. Therefore, the status conference is re-scheduled for 10:00 a.m. on Wednesday, April 12, 2006. It is therefore

**ORDERED** that a **status conference** will take place on **Wednesday, April 12, 2006 at 10:00 a.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132, in the North Courtroom. The parties may, if they wish, appear by telephone. Should the parties successfully negotiate prior to that date, they are to inform this Court forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March, 2006.

                    THEODORE KLEIN
                    UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Jordan
All Counsel of Record