UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN



UNITED STATES OF AMERICA    )
                            )
vs.                         )
                            )
KENT FRANK                  )
_____)

### ORDER DENYING MOTION TO SEAL AND REFERRING MOTION TO MAGISTRATE JUDGE

Mr. Benjamin's and Mr. Aaronson's motion to seal the *ex parte* emergency motion to withdraw as attorneys of record [D.E. 86] is DENIED. This motion does not contain any confidential or attorney-client information. The motion is REFERRED to Magistrate Judge Klein for a report and recommendation.

DONE and ORDERED in chambers in Miami, Florida, this 4th day of April, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge Klein
           All counsel of record