## CRIMINAL MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



U.S. MAGISTRATE JUDGE **THEODORE KLEIN**  North Courtroom

Case No. **04-20778-CR-JORDAN**  Date: April 12, 2006  10:00-10:20

Deputy Clerk: Maedon Clark

Law Clerk: Tarya Malkki  Tape No. 06i-14-387

Title of Case **UNITED STATES vs KENT FRANK (J) #34855-004**

U.S. Attorney (s) Eric Morales, Wendy Waldron

Defendant Attorney (s) James Benjamin, Daniel Aaronson

Reason for Hearing: **MOTION TO WITHDRAW AS COUNSEL OF RECORD** #86

Result of Hearing: The Court advises defendant to cooperate with present counsel, or retain new counsel. Hearing set for 4/27/06 @ 10:00 a.m. for Report re: counsel.

