UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778 CR-JORDAN/KLEIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT FRANK,

    Defendant.
_____/

## ORDER GRANTING DEFENSE COUNSEL JAMES BENJAMIN'S MOTION TO WITHDRAW, CANCELING HEARING SET FOR APRIL 27, 2006 AND SETTING STATUS CONFERENCE FOR MAY 3, 2006

This Court had set a hearing for Thursday, April 27, 2006 to resolve the issue of whether Defense Counsel James Benjamin would be replaced by new counsel, and would therefore be permitted to withdraw. This Court has received a Notice of Appearance from new counsel, Mr. Jeffrey Feiler, who intends to represent Defendant Frank. The hearing set for April 27, 2006 is therefore unnecessary. However, this Court requires the parties to confer with the Court as to the future direction of this case, as Defendant's Motions to Dismiss and to Suppress Evidence, filed in October, 2005, remain pending. It is hereby

**ORDERED** that the **Hearing** scheduled for **Thursday, April 27, 2006 is canceled**. A **status conference** will be held on **Wednesday, May 3, 2006 at 10:00 a.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132, in the North Courtroom.

It is further **ORDERED and ADJUDGED** that Defense Counsel James Benjamin's Motion to Withdraw (**D.E. No. 86**) is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of April, 2006.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Jordan
All Counsel of Record