UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20778-CR-JORDAN/KLEIN

UNITED STATES OF AMERICA

v.

KENT FRANK,

Defendant.

**ORDER**

Granted ✓
Denied
Comments: the hearing is re-set to 9:00 am. May 3 2006.

Dated: 4/28/06

U.S. Magistrate Judge

## UNITED STATES' NOTICE OF UNAVAILABILITY AND MOTION TO MOVE UP THE TIME OF THE STATUS HEARING

COMES NOW the United States of America, through undersigned counsel, and gives notice that the undersigned Assistant United States Attorney is scheduled to begin a trial on Wednesday, May 3, at 10:00 A.M., before the Honorable Shelby Highsmith on the case titled United States v. Isaac Small, 05-20601-CR-HIGHSMITH. The trial is expected to last three days. Although the defense counsel filed a motion for a continuance today, it is not yet known whether the continuance will be granted. Therefore, undersigned counsel has a court appearance which conflicts with the status conference before Magistrate Theodore Klein ordered on April 25, 2006.

We have conferred with defense counsel Jeffrey Feiler regarding this conflict. Mr. Feiler is available for the status conference at 9:00 A.M. Mr. Feiler and undersigned counsel jointly suggest to the Court that the status conference now scheduled for May 3 at 10:00 A.M. be moved up to 9:00 A.M. This would solve undersigned counsel's conflict.

