UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778 CR-JORDAN/KLEIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT FRANK,

    Defendant.
_____/



## ORDER SETTING HEARING

THIS CAUSE came before the Court on various Motions by Defendant: Motion to Declare 18 U.S.C. 2251 A (b)(2)(A) Unconstitutional as Applied and Dismiss Counts 6 through 9 (**D.E. No. 53**); Motion to Declare 18 U.S.C. 2423 (c) and (f) Unconstitutional as Applied and Dismiss Counts 1 through 5 (**D.E. No. 57**); Motion to Declare U.S.C. 2423 (c) Unconstitutional and Dismiss (**D.E. No. 58**); and Motion to Suppress Evidence (**D.E. No. 59**).

It is hereby **ORDERED** that a **Hearing** on the aforementioned motions shall take place on **Friday, June 16, at 9:30 a.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132, in the North Courtroom.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of May, 2006.

                                                THEODORE KLEIN
                                                UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Jordan
All Counsel of Record