UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778 CR-JORDAN/KLEIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT FRANK,

    Defendant.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE AND REPLY AND SETTING ADDITIONAL MOTION TO BE HEARD ON JUNE 16, 2006

This cause came before the Court on Plaintiff's Motion to Take Depositions (D.E. No. 96), filed May 26, 2006. This Court has scheduled a hearing on Defendant's Motions to Dismiss and Motion to Suppress for June 16, 2006 at 9:30 a.m. This Court will also hear argument on Plaintiff's Motion to Take Depositions at that time. Accordingly, this Court requires an expedited schedule for resposne and reply to Plaintiff's motion.

It is hereby ORDERED that Defendant shall respond to Plaintiff's Motion no later than Thursday, June 8 at 12:00 noon. The Response shall be hand delivered to chambers, and served by telecopier or email upon the Plaintiff. Should the Plaintiff choose to file a Reply, it shall be hand delivered to chambers no later than Tuesday, June 13 at 12:00 noon. The reply shall be served by telecopier or email upon the Defendant.

Argument on Plaintiff's Motion to Take Depositions shall be heard at the Hearing scheduled for Friday, June 16, 2006 at 9:30 a.m., at which time the Court shall also hear argument on



Defendant's Motions to Dismiss and Motion to Suppress.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of May, 2006.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Jordan
All Counsel of Record