UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/KLEIN

UNITED STATES OF AMERICA

vs.

KENT FRANK,

      **Defendant.**
_____/

**UNITED STATES' NOTICE OF DISCLOSURE**

**COMES NOW** the United States of America, through undersigned counsel, and gives notice that additional disclosure, numbered pages 1433-2133, have been provided to the defense on today's date. The documents disclosed include copies of ICE Reports of Investigation Nos. 26-32, and documents obtained from the Cambodian government and their translations into English.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By: _____
        Eric E. Morales
        Assistant United States Attorney
        Court I.D. No. A5500886
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9255

1



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on defense counsel Jeffrey E. Feiler this 13th day of June, 2006, via United States mail to: 7685 SW 104 Street, Suite 200, Miami, Florida 33156.

_____
Assistant United States Attorney