UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778 CR-JORDAN/KLEIN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KENT FRANK,

     Defendant.

_____/



FILED by _____ D.C.
MAG. SEC.

JUN 1 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RESETTING TIME OF HEARING

     This Court had scheduled a hearing to take place on Friday, June 16, 2006 at 9:30 a.m. on the following motions: Defendant' Motion to Declare 18 U.S.C. 2251 A (b)(2)(A) Unconstitutional as Applied and Dismiss Counts 6 through 9 (**D.E. No. 53**); Motion to Declare 18 U.S.C. 2423 (c) and (f) Unconstitutional as Applied and Dismiss Counts 1 through 5 (**D.E. No. 57**); Motion to Declare U.S.C. 2423 (c) Unconstitutional and Dismiss (**D.E. No. 58**); Motion to Suppress Evidence (**D.E. No. 59**); and the government's Motion to Take Depositions (**D.E. No. 96**), filed May 26, 2006.

     A conflict has arisen for this time. The **Hearing** is rescheduled for **Friday, June 16, 2006 at 12:30 p.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132, in the North Courtroom.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this _15_ day of June, 2006.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Jordan
All Counsel of Record

