UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20778-CR-JORDAN/KLEIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KENT FRANK, | ) |
| | ) |
| Defendant. | ) |

FILED by MK
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER TO TAKE DEPOSITION

Upon the unopposed motion of the government and Pursuant to Fed.R.Crim.P. 15(a), this Court hereby orders that a deposition of Government Witness A be taken on June 30, 2006. This Court finds that exceptional circumstances and the interest of justice warrant the deposition of Government Witness A. This Court further orders that the United States Marshals produce the defendant, Kent Frank, at the U.S. Attorney's Office, 99 NE 4th Street, Suite 900, Miami, FL 33132, at 9 a.m. on Friday, June 30, 2006, and allow him to remain there until 5 p.m. or until the deposition is concluded even if later than 5 p.m. The Marshals will further allow the defendant to change into street clothes for the duration of the deposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of June, 2006.

_____
T~~HEODORE KLEIN~~  USDJ
UN~~ITED STATES MAGISTRATE JUDG~~E

cc: Counsel of record