UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) |
| KENT FRANK | ) |
| | ) |

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS**

After a de novo review of the record, I adopt Magistrate Judge Klein's report and recommendation – to which there have been no objections – and DENY Mr. Frank's motion to suppress evidence [D.E. 59].

DONE and ORDERED in chambers in Miami, Florida, this 25th day of July, 2006.

Adalberto Jordan
United States District Judge

Copy to:    All counsel of record

