UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
04-20778-CR-AJ
ADMINISTRATIVE ORDER 2006-18

IN RE: AMENDMENT TO MAGISTRATE
JUDGE PAIRING ASSIGNMENT PLAN
(Miami Division and Fort Lauderdale Division)



FILED by ___ D.C.
INTAKE
JUL 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Administrative Order 2005-9 modified the Magistrate Judge Pairing Assignment Plan for the Miami Division. Additionally, Administrative Order 2003-114 modified the Magistrate Judge Pairing Plan for the Fort Lauderdale Division. Due to the temporary unavailability of Magistrate Judge Klein, the pairings established by these previous Administrative Orders are temporarily modified, as follows:

**ORDERED** that commencing July 24, 2006, Magistrate Judge Torres will temporarily be paired with District Judge Lenard and District Judge Jordan for any new case assignments and new referrals in existing cases, and will handle as well any matters previously referred by any District Judge to Magistrate Judge Klein, unless specifically ordered by the referring District Judge. It is further

**ORDERED** that on or after July 24, 2006, Magistrate Judge Torres shall schedule and hold status conferences forthwith in all



of Judge Klein's currently assigned consent cases and provide the parties through counsel with the option of withdrawing consent, in which event the matter will be reassigned to the District Judge to whom the case was originally assigned. It is further

**ORDERED** that commencing July 24, 2006, Magistrate Judge Seltzer will temporarily be paired with District Judge Dimitrouleas, for any new case assignments and new referrals in existing cases. Magistrate Judge Seltzer will also continue to be paired with District Judge Marra.

In order to effect the orderly - albeit temporary - transfer of cases to Magistrate Judge Torres, the following procedures shall apply:

As of the effective date of this order, all cases in which Magistrate Judge Klein is the assigned or referred Magistrate Judge shall be reassigned by the Clerk's Office to Magistrate Judge Torres, without further order of Court, unless specifically ordered to the contrary by the referring District Judge. In any current or newly filed case in which Judge Torres recuses himself, the clerk's office shall randomly assign another Magistrate Judge consistent with the Court's random case assignment system governing recusals.

In order to effect the orderly - albeit temporary - transfer of cases to Magistrate Judge Seltzer, the following procedures shall apply:

As of the effective date of this order, the pairing of Magistrate Judge Torres and District Judge Dimitrouleas shall remain in effect for all previously-referred motions in cases assigned to District Judge Dimitrouleas. All future new assignments or new referrals from Judge Dimitrouleas shall be made to Magistrate Judge Seltzer by way of specific order of reference. Upon disposition of all referred matters in any case assigned to him by Judge Dimitrouleas, Magistrate Judge Torres shall certify to Judge Dimitrouleas that he has ruled upon all such motions. Thereafter, District Judge Dimitrouleas will issue an order directing the clerk's office to transfer the case to Magistrate Judge Seltzer. Even if subsequent matters have been referred to Magistrate Judge Seltzer in a case under previous referral to Judge Torres, the clerk's office shall maintain Judge Torres as the assigned Magistrate Judge until an order directing transfer of the case to Magistrate Judge Seltzer has been received from Judge Dimitrouleas. Any matter referred to Magistrate Judge Torres from Judges other than Judge Dimitrouleas, as well as any consent

trials, consent motions for summary judgment, and other "consent" motions shall remain with Magistrate Judge Torres who was assigned to the case when the consent was given. Those cases in which no motions are referred to Magistrate Judge Torres may be administratively transferred to Magistrate Judge Seltzer by the clerk's office upon Magistrate Judge Torres' certification that no matters are under referral. In any current or newly filed case in which Magistrate Judge Seltzer recuses himself, the clerk's office shall randomly assign another magistrate judge (other than Magistrate Judge Torres) consistent with the Court's random case assignment system governing recusals.

This Order vacates and supercedes only those portions of Administrative Orders 2005-9, 2003-114 and any other Administrative Orders that are inconsistent with the changes herein stated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of July 2006.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

C:  Chief Judge J. L. Edmondson, Eleventh Circuit
    All Southern District Judges
    All Southern District Magistrate Judges
    United States Attorney
    Federal Public Defender

Chief Probation Officer
Court Administrator • Clerk of Court
Case Assignment Administrator
Library