UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-JORDAN/KLEIN

UNITED STATES OF AMERICA

vs.

KENT FRANK,

      Defendant.
_____/

## UNITED STATES' THIRD NOTICE OF DISCLOSURE AND DEMAND FOR NOTICE OF EXPERT TESTIMONY

**COMES NOW** the United States of America, through undersigned counsel, and gives notice pursuant of additional disclosure, numbered pages 2134-2410, are being provided to the defense on September 5, 2006. The disclosures being made today are given in compliance with Local Rule 88.10 (N) and Federal Rule of Criminal Procedure 16.

The government hereby notices intent to offer the testimony of Doctor James Cousins, as detailed in paragraph (1) below. The defense has previously been provided with medical reports regarding Dr. Cousins examination of the Minors A-D, listed in the indictment. Dr. Cousins curriculum vitae is (pp. 2134-2137). X-rays of the Minors are available for defense inspection upon request.

(1)     Dr. Cousins will testify that in his expert opinion, at the time of he examined the Minors on January 2, 2004, the Minors were all less than 18 years of age, and ranged in age from 13 to 17 years old. Dr. Cousins will base his opinions on physical examination of the Minors, and factors including, but not limited to, facial features, body proportions, body habitus, the Tanner scale, fat distribution, nipple structure and

breast and genitalia examination.

The government further notices intent to offer the testimony of Special Agent Richard Matthews, Immigration and Customs Enforcement. The defense was presented with the digital evidence and a preview of Agent Matthews' analysis during discovery conference on June 15, 2006. The defense is being provided with Agent Matthews curriculum vitae (p. 2138). Also being disclosed is a copy of four digital media analysis reports, titled "Kent Frank MD1," "Kent Frank MD2," "Kent Frank MD1 on Encase 4.20," and "Kent Frank MD2 Encase 4.20 Exam no pictures," produced by Agent Matthews during his examinations (pp. 2139-2405), and a report prepared by Mr. Matthews (pp. 2406-2407).

> (2) Senior Special Agent Matthews will testify based on his technical training, knowledge, and experience regarding the forensic examination of digital media seized from Defendant. He will testify regarding his analysis of the contents of the digital media, the nature of the examinations that he undertook of the media, and the methods and/or software used to assist him in the examinations. Agent Matthews will also describe and interpret dating and other information associated with the image files contained in the digital media, including the exif information and metadata.

Having made this disclosure, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

The government is also disclosing a copy of a document named *Carnet de Residence* pertaining to Minors E and F (pp. 2408-2410).

                                  Respectfully submitted,

                                  R. ALEXANDER ACOSTA
                                UNITED STATES ATTORNEY

By: _____
     Eric E. Morales
     Assistant United States Attorney
     Court I.D. No. A5500886
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9255

By: _____
     WENDY WALDRON
     Trial Attorney, U.S. Department of Justice
     1400 New York Ave. N.W.
     Washington, D.C. 20005
     Telephone: (202) 514-5780
     Facsimile: (202) 514-1793

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on defense counsel Jeffrey E. Feiler this 5th day of September, 2006, via United States mail to: 7685 SW 104 Street, Suite 200, Miami, Florida 33156.

                                                Assistant United States Attorney