UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 04-20778 CR-JORDAN/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT FRANK,

    Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE comes before the Court upon Defendant's Motion to Suppress Statements [D.E. 117]. It is hereby

**ORDERED** that a **Hearing** on Defendant's Motion to Suppress Statements [D.E. 117] shall take place on **September 12, 2006 at 9:30 a.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132, in the New North Courtroom. The courtroom is subject to change; the parties should contact chambers staff at (305) 523-5750 or court security at the entrance to the Dyer building on the date of the hearing to confirm where the hearing will be held.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of September 2006.

EDWIN G. TORRES
United States Magistrate Judge

Copies provided to:
Honorable Adalberto Jordan
All Counsel of Record