

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) |
| KENT FRANK | ) |
| | ) |

### ORDER RESETTING HEARING

The hearing on all pending motions in this matter originally scheduled for Tuesday, September 5, 2006, is cancelled and **rescheduled** for **Thursday, September 7, 2006, at 3:00 p.m.** in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of September, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:   Jeffrey E. Feiler, Esq., via fax: (305) 669-8198
           AUSA Eric E. Morales, via fax: (305) 530-7976
           Wendy Waldron, Department of Justice, via fax: (202) 514-1793