UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20778CR-JORDAN

FLORIDA BAR NO. 347604

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KENT FRANK,**

    Defendant.
_____/

## EMERGENCY MOTION TO TAKE RULE 15 DEPOSITIONS AND REQUEST FOR ASSISTANCE TO OBTAIN ENTRY VISAS FOR WITNESSES NAMED IN INDICTMENT

COMES NOW, defendant Kent Frank by and through undersigned counsel and moves pursuant to Rule 15 of the Federal Rules of Criminal Procedure to take expedited Depositions in Cambodia of two (2) critical witnesses being the mothers of two of the females named in the Indictment. The mother's testimony exculpates the defendant and is the best evidence of the true age of the females.

Defendant has located three of the alleged female victims that the Government refuses to bring to the United States, even though they are named in the Indictment, and respectfully requests this Court order the Government to assist defendant in bringing these witnesses to the trial scheduled for September 25, 2006.

### I.   MOTION TO TAKE RULE 15 DEPOSITIONS

Undersigned counsel has received information that the mother of alleged Minor A and the mother of alleged Minor C have been located in jail in Cambodia.

Clearly, since each mother was present at the birth of their child, she is the best witness to attest to the true and accurate age of her child. Since age is the critical factual question in this case, the mothers are the most important exculpatory witnesses in this case.

The two aforementioned mothers have appeared in three (3) exculpatory DVD recordings wherein they have each time testified that alleged Minor A was eighteen (18) and Minor C was nineteen (19) years old in 2003 when she first met Kent Frank. The Court has seen at least one such DVD made by Attorney Srey Suor in Cambodia in 2004. The Court is now reviewing, in camera, another exculpatory DVD made by Attorney Michael Walsh. Both DVD's seen by the Court depict Minor A with her mother and Minor C with her mother. The testimony of each mother has at all times been consistent with the interviews of their daughters regarding the issue of age.

Undersigned counsel submits that these two women are unavailable. Defendant has no subpoena power over these witnesses and the women are imprisoned in Cambodia.

Defendant adopts all arguments of law made by the Government in their Unopposed Motion to take Deposition and Request for Expedited Consideration. Defendant notes that said Deposition was Unopposed by the defendant. The Deposition was indeed taken.

## II.   REQUEST FOR ASSISTANCE TO OBTAIN VISAS FOR ENTRY OF WITNESSES INTO THE UNITED STATES

On September 7, 2006 the Government announced to the Court their intention not to bring the four (4) alleged victims named in the Indictment to the trial in this cause. Even though the Government stated that they had no contact with their key witnesses for several months nevertheless the Government informed undersigned counsel of their intention not to

bring these witnesses to the trial on September 6, 2006. The Government's explanation was that "they no longer consider the witnesses to be credible".

In Court on September 7, 2006, undersigned counsel made it clear that he would make every effort to locate the females and bring them as exculpatory witnesses to the trial. Even though Kent Frank's legal team had no contact with the witnesses since March 23, 2006 (when attorney Walsh made the DVD being reviewed by the Court), nevertheless three (3) of the females A, B and C were located with forty-eight (48) hours.

It was learned that Tu, alleged Minor D was deceased. Each female A, B and C have expressed that they are willing to come to the United States to attend the trial. Undersigned counsel is procuring a Guardian for the females to assure their well being, in an abundance of caution, since the Government maintains they may still be minors and since at least two of their mothers are in jail. Each female maintains they are in fact an adult.

Undersigned counsel has been attempting to obtain visas for three (3) other witnesses (Attorney Srey Suor and two interpreters Davi Kong and Sonny Chhoun) however the United States Embassy has denied them Visas. Assistant United States Attorney Wendy Waldron submits that she has requested the Office of International Affairs (OIA) grant parole to the witnesses to attend trial. Nevertheless, to date there has been no response by OIA that parole will in fact be granted.

Now, undersigned counsel, seeks the additional admission of A, B and C along with their guardian (and perhaps two (2) other witnesses) who are relevant to the allegations in this case.

As the trial in this cause is now specially set for September 25, 2006 undersigned counsel will need the cooperation, indeed the assistance, of the Government to provide Visas to these witnesses. According to Pennsylvania v. Ritchie, 480 U.S. 39 (1987) at 56; "A criminal defendant has the right to the Government's assistance in compelling the attendance of favorable witnesses at trial". The United States Supreme Court recognized a defendant's right to compulsory process in foreign countries pursuant to the compulsory process clause of the Sixth Amendment.

Undersigned counsel is further concerned that these witnesses may be intimidated to either not come to the United States or change their testimony. According to A and C (see DVD) they were hit and threatened by the Cambodian police to coerce them to lie and testify that they were underage. As such, undersigned counsel respectfully requests the Government by and through their agents and the Cambodian police refrain from approaching A, B and C who are now Kent Frank's key witnesses and have been abandoned as witnesses by the Government.

It would be a violation of due process and Kent Frank's right to a fair trial to be deprived of these witnesses. As the Government clearly does not want these witnesses to testify at trial it is reasonable to request that the witnesses not be contacted by law enforcement agents. These unsophisticated females are understandably frightened and intimidated by law enforcement officers.

WHEREFORE, Kent Frank respectfully requests this Court permit the Rule 15 depositions be taken and order the Government to assist undersigned counsel to obtain visas for the appearance of all defendant's witnesses at the trial.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 11th day of September, 2006 to the United States Attorney's Office, Eric Morales, AUSA, 99 N.E. 4th Street, Miami, Florida 33132 .

JEFFREY E. FEILER, P.A.
7685 S.W. 104th Street, Ste. 200
Miami, Florida 33156
Tel: (305) 670-7700
Fax: (305) 669-8198

By: _____
JEFFREY E. FEILER