UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) |
| KENT FRANK | ) |
| | ) |

### ORDER WITHDRAWING REFERENCE

The orders referring Mr. Frank's motions to dismiss [D.E. 53, 57, and 58], and his motion to suppress statements [D.E. 117] to Magistrate Judges Klein and Torres for reports and recommendations [D.E. 77 and 120, respectively] are WITHDRAWN.

DONE and ORDERED in chambers in Miami, Florida, this 14K day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Adalberto Jordan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:　　　All counsel of record
　　　　　　　　Magistrate Judge Torres