UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: 9/13/05                        Case No. 04-20778-CR-Jordan
Clerk: Maria Conboy        Reporter: Ermine Salguero
Probation Officer: None              Interpreter: None
U.S.A. vs. Kent Frank

Defendant:  PRESENT ☑   NOT PRESENT   IN CUSTODY
U.S. Attorney: Eric Morales
Defense Counsel: Jeff Feiler

Reason for hearing: PTC Hrg. on Rule 15 motions

Result of hearing: Court granted opposed motion
in part for continuance — Case reset for
Jan. 9, 2006. Dep. of Witness in Finance
and admissibility of images set for 1:30 pm on
Oct. 5, 2006. Calendar call and Motion to
Suppress on 10/21/04 at 9:30 AM —

Misc. _____

Case continued to: _____ Time: _____ For: _____

