

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

#### CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
KENT FRANK )
)

### ORDER

Mr. Frank's emergency motion to take Rule 15 depositions and request for assistance to obtain entry visas for witnesses named in the indictment [D.E. 134] is DENIED for the reasons explained in open court during the September 13, 2006, hearing..

DONE and ORDERED in chambers in Miami, Florida, this 20ᵗʰ day of September, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record