# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 04-20778-CR-JORDAN/KLEIN

**UNITED STATES OF AMERICA**

**vs.**

**KENT FRANK,**

      **Defendant.**
_____/

## UNITED STATES' FOURTH NOTICE OF DISCLOSURE; INCLUDING ADDITIONAL NOTICE OF EXPERT TESTIMONY AND DEMAND FOR NOTICE OF EXPERT TESTIMONY

**COMES NOW** the United States of America, through undersigned counsel, and gives notice that additional disclosure, numbered pages 2411 to 2806, has been provided to the defense. These disclosures are given in compliance with Local Rule 88.10 (N) and Federal Rule of Criminal Procedure 16.

Documents numbered pages 2411-2562 were provided to the defense on September 13, 2006. These pages are transcripts of the video taped interviews of Minors A, B, and C, by United States Agents on January 5, 2004. Additionally, the defense was provided with copies of handwritten notes of Agent Gary Phillips and a drawing made by witness Keo Thea[1] prior to their testimony at a suppression hearing. Documents numbered 2563 to 2806 are being provided today via United States

---

[1] An additional copy of which is being sent to the defense (disclosure p. 2563).

mail.  Also provided via mail is a DVD made in Cambodia[2] depicting events that occurred after the arrest of Defendant.  This DVD has been partially redacted (from 0:28:31 to 0:29:04) to exclude pictures that are child pornography.  Defense counsel may view an unredacted version of this DVD by contacting undersigned counsel.

## Additional Notice of Expert Testimony

The government hereby notices intent to offer the testimony of Doctor Ma Ly, as detailed in paragraph (1) below.  The defense has previously been provided with medical reports regarding Dr. Ma's examination of the Minors listed in the Indictment.  Dr. Ma's curriculum vitae is being provided to the defense today (disclosure p. 2564).

(1) Dr. Ma will testify that in her expert opinion, the Minors were all less than 18 years of age at the time of Dr. Ma's examination on approximately January 3, 2004.  At the time of her initial examination of the Minors on approximately January 3, 2004, Dr. Ma formed the opinion that Minor A was approximately 15 years old, Minor B was approximately 16 years old, Minor C was approximately 15 years old, and Minor D was approximately 13-14 years old.  Dr. Ma based her opinion on physical examination of the Minors, and factors including, but not limited to, nipple structure and breast and genitalia examination, body proportions, and fat distribution.

On approximately January 9 and January 15, Dr. Ma took the Minors for wrist x-rays.  The x-rays have been made available to the defense for inspection and/or copying upon request.  Dr. Ma's examination of the x-rays confirmed the opinions that she had formed several days earlier during her physical examination of the Minors (detailed in ¶ 1 above).  Dr. Ma's expert opinion detailed in ¶ 1 above is not based on her review of the x-rays.  Be advised that there is a typographical error on Dr. Ma's report regarding the x-rays (previously provided as disclosure p. 1588).  The date of the report should read 15 January 2004 instead of 05 January 2004.

---

[2]The first generation copy in possession of the government has poor picture quality and missing sound.  This is probably a result of the transfer of the recording from the original media format used in Asia to DVD format used in the West.

2

The government further notices its intent to offer the testimony of Special Agent George Rodriguez, Immigration and Customs Enforcement ("ICE"), as detailed in agent Rodriguez's reports and in paragraph (2) below. The defense was presented with the digital evidence during a discovery conference on June 15, 2006 and in court on October 5, 2006. The defense is being provided with Agent Rodriguez's curriculum vitae (disclosure pp. 2565-2566), a report of forensic examination by Agent Rodriguez (disclosure pp. 2567-2572) and four digital media reports (disclosure pp. 2578-2806), titled "Disk 1 Images," "Disk 1 Recovered Images," "Disk 2 Images," and "Disk 2 Recovered Images," produced by Agent Rodriguez during his examination of the digital media.

(2)  Agent Rodriguez will testify based on his technical training, knowledge, and experience regarding the forensic examination of digital media seized from Defendant. He will testify regarding his analysis of the contents of the digital media, the nature of the examinations that he undertook of the media, and the methods and/or software used to assist him in the examinations. Agent Rodriguez will also describe and interpret data and other information associated with the image files contained in the digital media, including the exif information and metadata. Agent Rodriguez will also testify regarding his comparison between the forensic image that he made of the media and the forensic image that was earlier made by Agent Richard Matthews.

Also provided today to the defense is a report by Agent Rodriguez regarding his analysis of a disk provided by Captain Keo Thea of the Cambodian National Police ("CNP"), containing images that the CNP copied from the micro drives seized from Defendant (disclosure pp. 2573-2577). Agent Rodriguez's report details his comparison of the disk provided by Captain Keo Thea to the undeleted images on the micro drives currently in the custody of ICE.

Having made these disclosures, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of

the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

                Respectfully submitted,

                R. ALEXANDER ACOSTA
                UNITED STATES ATTORNEY

By:  s/_____
      Eric E. Morales
      Assistant United States Attorney
      Court I.D. No. A5500886
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9255

By:  _____
      Wendy Waldron
      Trial Attorney, U.S. Department of Justice
      1400 New York Ave. N.W.
      Washington, D.C. 20005
      Telephone: (202) 514-5780
      Facsimile: (202) 514-1793

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/
Eric E. Morales