IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

OCT 23 AM 10: 29

Case Number: 04-20778-CR-JORDAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENT FRANK,

Defendant.

......................................................../

NOTICE OF FILING OF ATTACHED ORIGINAL DEFENSE EXHIBITS FROM HEARING ON MOTION TO SUPPRESS STATEMENTS

The Defendant, KENT FRANK, through undersigned counsel files this Notice Of Filing Of Attached Original Defense Exhibits From Hearing on Motion To Suppress Statements and files the following exhibits introduced at that portion of the evidentiary hearing held on September 25-26, 2006:

1. Defendant's **Exhibit A** (notes written in Khmer language that concern statement of defendant and were provided as Government Discovery pages 72-74)

2. Defendant's **Exhibit B** (notes concerning statement of defendant written in Khmer language and provided as Government ICE document pages 1564, 1566, 1567, 1568)

3. Defendant's **Exhibit C** (Cambodian Criminal Laws in Khmer language dealing with Suppression of the Kidnaping, Trafficking and Exploiting of Humans)

4. Defendant's **Exhibit D** (single page of ICE investigation report provided as Government ICE document page 1087)

Respectfully submitted,

ARTHUR JOEL BERGER
12531 S.W. 124 Path
Miami, Florida 33186
Phone: (305) 235-2050

JEFFREY E. FEILER
Suite 200
7685 S.W. 104th Street
Miami, Florida 33156
Phone: (305) 670-7700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of this Notice and attached exhibits was mailed to opposing counsel, ERIC E. MORALES, Assistant United States Attorney, Suite 400, 99 N.E. 4th Street, Miami, Florida 33132 on this 19th day of October, 2006.

ARTHUR JOEL BERGER

U.S. CUSTOMS

002

(9)

DEFENDANT'S EXHIBIT A

ព្រះរាជាណាចក្រកម្ពុជា

ជាតិ សាសនា ព្រះមហាក្សត្រ

[illegible]

[illegible]

[illegible]

[illegible]

កំណត់ហេតុស្តាប់ចម្លើយ

លេខ:..................ករណ

[illegible handwritten notes in left margin]

នៅ [illegible] ម៉ោង [illegible] ថ្ងៃទី [illegible] [illegible]

[illegible]

[illegible]

[illegible] :

[illegible] [illegible]

[illegible] :

[illegible] :

[illegible]

[illegible]

- ឈ្មោះ និង ភេទ FRANK KENT [illegible] [illegible]
- ឈ្មោះហៅក្រៅ
- ជនជាតិ [illegible] សញ្ជាតិ
- ថ្ងៃ ខែ ឆ្នាំកំណើត [illegible]
- ស្រុកកំណើត OKLAHOMA [illegible]
- ទីលំនៅបច្ចុប្បន្ន [illegible]
- អត្តសញ្ញាណប័ណ្ណលេខ [illegible] ចុះថ្ងៃទី
- ផ្តល់ដោយ :
- លិខិតឆ្លងដែនលេខ [illegible] ចុះថ្ងៃទី [illegible]
- ផ្តល់ដោយ [illegible] [illegible]
- មុខរបរ [illegible]
- កំរិតវប្បធម៌ [illegible] A.B.D
- ប្រពន្ធ ឬប្តីឈ្មោះ [illegible]
- ចំនួនកូនប៉ុន្មាននាក់
- ឪពុកឈ្មោះ LODC FRANK [illegible]
- មុខរបរ

Frank Kent

**Exhibit A**

- [illegible]: ETTY JANE [illegible] [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

with Kent

[illegible] (JOHN DEL) [illegible]

កំណត់ហេតុនេះបានធ្វើចប់សព្វគ្រប់នៅខែ ឆ្នាំ វេលាម៉ោង ១២ និង ៤០ នាទី និង បានអានសារឡើងវិញដោយលាន់ជនខ្លួនឯង ឬដោយនាយនគរបាលយុត្តិធម៌ បញ្ជាក់អះអាង ថាពិតជាត្រឹមត្រូវ និងយល់ព្រមចុះហត្ថលេខា ឬផ្តិតមេដៃ ដូចខាងក្រោម ។

ជំនួសការ

S. CHHAN អ្នកបកប្រែ

នាយនគរបាលយុត្តិធម៌

អនុសេនីយ៍ត្រី ម៉េង.សាយ

ជនដែលត្រូវស្តាប់ចម្លើយ

Frank Kent

TH-17

**DEFENDANT'S EXHIBIT**
B

ព្រះរាជាណាចក្រកម្ពុជា
ជាតិ សាសនា ព្រះមហាក្សត្រ

អយ្យការអមតុលាការខេត្ត-ក្រុង
ភ្នំពេញ

សំណុំរឿង [illegible]

លេខ : 10/03-1-04

**កំណត់ហេតុសួរចំលើយ**

ឆ្នាំពីរពាន់ បួន ខែ មករា ថ្ងៃ បី វេលាម៉ោង [illegible]

យើង [illegible]

ដោយមានលោក [illegible] ជាក្រឡាបញ្ជីអមផងបានសួរកត់យកចំលើយរបស់

ឈ្មោះ FrANK KENT ជា [illegible]

ដោយមានលោក ...................... ជាមេធាវីការពារក្តីដូចខាងក្រោមនេះ

សួរ-ឆ្លើយ : ខ្ញុំបាទ-នាងខ្ញុំឈ្មោះ Frank kent អាយុ 47 ជាតិ [illegible]

កើតនៅភូមិ OKLAHOMA ខេត្ត-ក្រុង USA

សាសនា ...................... ទីលំនៅសព្វថ្ងៃនៅភូមិ [illegible] ឃុំ-សង្កាត់ Golden Bride

ស្រុក-ខណ្ឌ [illegible] ខេត្ត-ក្រុង [illegible] របររកស៊ី [illegible]

ប្រពន្ធ ឬប្តីឈ្មោះ [illegible] រ-ស មានកូន X នាក់

ឪពុកឈ្មោះ LON FrANK (រ-ស) ម្តាយឈ្មោះ Betty JANE (រ-ស)

ទោសពីមុន [illegible]

សួរ-ឆ្លើយ : [illegible]

1564

**Exhibit B**

[illegible]

01-01-2004

[illegible]

[illegible]

[illegible]

[illegible] Camera [illegible]

[illegible]

[illegible]

[illegible] California [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

KF-25

ចំណាំខ្ញុំអស់តែប៉ុណ្ណេះ ។

ឈប់សួរអានអោយស្តាប់ សាមីខ្លួនឆ្លើយថាត្រឹមត្រូវហើយ ហើយសុខចិត្តចុះហត្ថលេខា ឬផ្តិតមេដៃជាមួយយើង ។

អ្នកឆ្លើយ

ក្រឡាបញ្ជី

ព្រះរាជអាជ្ញា ~~ចៅក្រម~~

1568

DEFENDANT'S EXHIBIT C

# ច្បាប់

## ស្តីពី

# ការបង្ក្រាបអំពើប្លន់និងលក់ដូរមនុស្ស និងអំពើធ្វើអាជីវកម្មលើមនុស្ស

## ជំពូកទី ១

## បទបញ្ញត្តិទូទៅ

មាត្រា ១.–

ច្បាប់នេះមានគោលដៅបង្ក្រាបអំពើប្លន់មនុស្សយកទៅលក់ដូរ និងអំពើធ្វើអាជីវកម្មលើមនុស្ស ដើម្បីធ្វើនីតិសម្បទានិងលើកកំពស់ការគោរពប្រពៃណីជាតិល្អ ការការពារសេចក្តីថ្លៃថ្នូររបស់មនុស្សនិងការការពារសុខភាពនិងសុខុមាលភាពរបស់ប្រជាជន ។

មាត្រា ២.–

ត្រូវហាមឃាត់ដាច់ខាតអំពើប្លន់មនុស្សយកទៅលក់ដូរ ឬយកទៅធ្វើពេស្យាចារនិងអំពើធ្វើអាជីវកម្មលើមនុស្សនៅក្នុងឬក្រៅទឹកដីនៃព្រះរាជាណាចក្រកម្ពុជា ។

## ជំពូកទី ២

## ស្តីពីអំពើប្លន់មនុស្សយកទៅលក់ ឬយកទៅធ្វើពេស្យាចារ

មាត្រា ៣.–

ជនណាអូសទាញមនុស្ស ទោះបីស្រីឬប្រុស អនីតិជនឬនីតិជន មានសញ្ជាតិអ្វីក៏ដោយ ដោយវិធីល្បួងលោម សន្យាឱ្យប្រាក់កាសឬគ្រឿងអលង្ការឬតាមវិធីណាក៏ដោយ ទោះបីសាមីខ្លួនសុខចិត្តឬមិនសុខចិត្ត ដោយវិធីបង្ខិតបង្ខំ គំរាមកំហែងឬប្រើថ្នាំសណ្តំស្មារតីនិងសតិអារម្មណ៍ ដើម្បីប្លន់យកទៅលក់ឬ

យកទៅធ្វើពេស្យាចារ ជននោះត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ១០ឆ្នាំ ដល់ ១៥ឆ្នាំ ។ បើជនរងគ្រោះជាអនីតិជន អាយុតិចជាង ១៥ឆ្នាំ ត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ១៥ឆ្នាំ ដល់ ២០ឆ្នាំ ។

អ្នកសមគំនិត អ្នកលក់ អ្នកទទួលទិញឬទទួលយក ត្រូវមានទោសដូចអ្នកប្រព្រឹត្តដែរ ។

ត្រូវចាត់ទុកជាអ្នកសមគំនិតដែរ អ្នកដែលផ្តល់ប្រាក់ឬផ្តល់មធ្យោបាយផ្សេងៗសម្រាប់ប្រព្រឹត្តបទល្មើស ។

មធ្យោបាយដឹកជញ្ជូន សម្ភារៈនិងទ្រព្យសម្បត្តិប្រើប្រាស់ ក្នុងពេលប្រព្រឹត្តបទល្មើសត្រូវរឹបអូសជាសម្បត្តិរដ្ឋ ។

## ជំពូកទី ៣

## អំពីសហាចារកម្ម

មាត្រា ៤.–

នឹងត្រូវចាត់ទុកជាសហាចារិកឬសហាចារិកាឬជនមេពេស្យា ជនណា :

១ - ដែលទំនុកបំរុងឬការពារជនណាម្នាក់ឬច្រើននាក់ ទោះបីតាមមធ្យោបាយណាក៏ដោយ ហើយដោយបានដឹងជាមុននូវអំពើពេស្យាចាររបស់ជននោះឬក៏ទាក់ភ្ញៀវឱ្យជននោះ ក្នុងគោលដៅពេស្យាចារ ឬ

២ - ដែលចែកភាគផល ដែលបានមកពីអំពើពេស្យាចារជាប្រក្រតី ទោះជាក្នុងទម្រង់ទ្រាយណាក៏ដោយ ឬ

៣ - ដែលយកស្ត្រីឬបុរស ទោះបីតាមមធ្យោបាយណាក៏ដោយ ទៅបង្ហាត់បង្រៀនបញ្ចុះបញ្ចូល ឱ្យធ្វើជាស្ត្រីឬបុរសពេស្យា ឬ

៤ - ដែលធ្វើជាអ្នកកណ្តាល ទោះបីតាមរូបភាពណាក៏ដោយ បង្កើតឱ្យមានទំនាក់ទំនងរវាងបុរសពេស្យាឬស្ត្រីពេស្យា ជាមួយនឹងមេបនពេស្យាចារឬជាមួយអ្នកផ្តល់កម្រៃលើពេស្យាចារអ្នកដទៃ ឬ

៥ - ដែលឱ្យបុរសឬស្ត្រី នៅក្នុងផ្ទះរបស់ខ្លួនឬកន្លែងណាមួយ ក្នុងគោលដៅឱ្យជនទាំងនោះធ្វើពេស្យាចារយកប្រាក់ឱ្យខ្លួន ។

មាត្រា ៥.–

សហាចារិកឬសហាចារិកាឬជនជាមេពេស្យា ត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ៥ឆ្នាំ ដល់ ១០ឆ្នាំ ។ ក្នុងករណីមិនរាងចាលត្រូវយកទ្វេគុណនៃទោសមកអនុវត្ត ។

ត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ១០ឆ្នាំ ដល់ ២០ឆ្នាំ ក្នុងករណីដូចតទៅ ៖

១ - ប្រព្រឹត្តបទល្មើសលើអនីតិជនអាយុក្រោម ១៥ ឆ្នាំ ឬ

២ - ប្រព្រឹត្តបទល្មើសដោយបង្ខិតបង្ខំហិង្សាឬដោយមានការគំរាមកំហែងឬដោយ មានអាវុធ ឬ

៣ - ប្រព្រឹត្តដោយជា ស្វាមី ភរិយាឬសង្សារ ឬឪពុកឬម្តាយឬអាណាព្យាបាលដែលបង្ខំបុរសឬស្ត្រីឱ្យធ្វើពេស្យាចារ ឬ

៤ - ជាការបង្ខំឱ្យជនរងគ្រោះធ្វើពេស្យាចារនៅក្រៅប្រទេស ឬបង្ខំជនរងគ្រោះដែលជាបរទេសឱ្យធ្វើពេស្យាចារនៅលើទឹកដីកម្ពុជា ។

តុលាការអាចយកអនុទោសក្រង់ស្លានបន្ថយសិទ្ធិពលរដ្ឋ និងហាមស្នាក់អាស្រ័យមកផ្តន្ទាបន្ថែមពីលើមូលទោសខាងលើនេះបាន ។

មាត្រា ៦.-

អ្នកសមគំនិតឬអ្នកប៉ុនប៉ងប្រព្រឹត្តបទល្មើសដូចមានចែងក្នុងមាត្រា ៤ និង ៥ ត្រូវទទួលទោសដូចអ្នកប្រព្រឹត្តដែរ ។

## ជំពូកទី ៤

### អំពើអនាចារ

មាត្រា ៧.-

ជនណាដែលបើកកន្លែងសម្រាប់ប្រព្រឹត្តអំពើអនាចារឬអំពើអាសអាភាសផ្សេងៗ ត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ១ឆ្នាំ ដល់ ៥ឆ្នាំ និងពិន័យជាប្រាក់ពី ៥.០០០.០០០រ០០ "ប្រាំលានរៀល" ដល់ ៣០.០០០.០០០រ០០ "សាមសិបលានរៀល" ។ ក្នុងករណីមិនរាងចាល ត្រូវផ្តន្ទាទោសទ្វេជាពីរ ។

មាត្រា ៨.-

ជនណាដែលបានប្រព្រឹត្តអំពើអនាចារ លើអនីតិជនអាយុក្រោម ១៥ឆ្នាំ ទោះបីអនីតិជននោះស្ម័គ្រចិត្តក្តីឬដោយទិញក្មេងនោះពីអ្នកដទៃក្តីឬទិញពីជនជាមេពេស្យាក្តី ជននោះត្រូវផ្តន្ទាទោសដាក់ពន្ធនាគារពី ១០ឆ្នាំ ដល់ ២០ឆ្នាំ ។ ក្នុងករណីមិនរាងចាល ត្រូវយកអតិបរមានៃទោសមកអនុវត្ត ។

តុលាការអាចយកអនុទោសក្រង់ស្លានបន្ថយសិទ្ធិពលរដ្ឋ និងហាមស្នាក់អាស្រ័យមកផ្តន្ទាបន្ថែមលើមូលទោសខាងលើនេះបាន ។

# ជំពូកទី ៥

## អវសានប្បញ្ញត្តិ

មាត្រា ៩.-

ការណែនាំលំអិតសម្រាប់អនុវត្តច្បាប់នេះ ត្រូវកំណត់ដោយអនុក្រឹត្យ ។

មាត្រា ១០.-

បទបញ្ញត្តិទាំងឡាយណាដែលផ្ទុយនឹងច្បាប់នេះ ត្រូវទុកជានិរាករណ៍ ។

ធ្វើនៅរាជធានីភ្នំពេញ ថ្ងៃទី២៩ខែ កុម្ភៈ ឆ្នាំ ១៩៩៤

ក្នុងព្រះបរមនាម និង តាមព្រះរាជបញ្ជាដ៏ខ្ពង់ខ្ពស់

ប្រមុខរដ្ឋស្ដីទី

ជា ស៊ីម

បានយកសេចក្ដីក្រាបបង្គំទូលថ្វាយ

សូមឡាយព្រះហស្តលេខាព្រះមហាក្សត្រ

នាយករដ្ឋមន្ត្រីទី១ នាយករដ្ឋមន្ត្រីទី២

នរោត្តម រណឫទ្ធិ ហ៊ុន សែន

បានបង្ហាញបញ្ជូន និង ជំរាបជូន

សម្ដេចនាយករដ្ឋមន្ត្រីទី១ និង នាយករដ្ឋមន្ត្រីទី២

ទេសរដ្ឋមន្ត្រី និងជារដ្ឋមន្ត្រីក្រសួងយុត្តិធម៌

CHEM SNGUON

ជែម ស្គួន

DEFENDANT'S EXHIBIT D

WORKING

OFFICIAL USE ONLY

T OF HOMELAND SECURITY
ICE

EPORT OF INVESTIGATION
CONTINUATION

1. PAGE 3
2. CASE NUMBER [redacted]
3. REPORT NUMBER: 020

DETAILS OF INVESTIGATION:

n January 2004, the ICE Attache Bangkok received information from the Cambodian National Police (CNP) in Phnom Penh, Cambodia that an American citizen identified as Kent FRANK, had been arrested for sexual exploitation of children. FRANK was subsequently arrested by ICE agents and brought to the U.S. to face charges under the PROTECT ACT, 18 USC 2423 (c).

On March 02, 2005, Assistant ICE Attach (AIA) Gary Phillips and SS/A Taekuk Cho from the ICE Attache Bangkok, went to the main office for Agir Pour Les Femmes En Situation Precaire (AFESIP), a non-government organization (NGO) in Phnom Penh, and interviewed AFESIP Director Pierre Legros and Legal Officer Kamaryan Soeung regarding the female victims they sheltered in the Kent FRANK child sex tourism investigation. More specifically, agents wanted to ascertain the given ages of the four (4) female victims. Also present at the meeting was Diplomatic Security Service (DSS) Investigator Vansak Suos, AFESIP Legal Consultant Aarti Kapoor, and AFESIP Technical Coordinator Chhoeurth Seo.

Agents asked AFESIP officials for the ages of the four (4) female victims, as they have it recorded in their records.

| C NUMBER: | CHILD'S NAME: | AGE GIVEN TO CNP: | AGE GIVEN TO AFESIP: |
|---|---|---|---|
| 1685 | Diem | 15 | 15 |
| 1686 | Tu | 16 | 16 |
| 1687 | Hang | 17 | 16 |
| 1688 | Dieu | 18 | 16 |

According to AFESIP, the above ages were calculated based on the year that the girls provided when asked how old they were.

[redacted]

The investigation continues.

OFFICIAL USE ONLY

TH-- DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.