IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 04-20778-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUPPLEMENT TO MOTION TO
SUPPRESS STATEMENTS

KENT FRANK,

    Defendant.
_____/

The Defendant, KENT FRANK, through undersigned counsel files this Supplement To Motion To Suppress Statements and states:

The legal bases for suppression of defendant Frank's oral and written statements are:

1.    A violation of the Due Process Clause of the Fifth Amendment to the Constitution of the United States.

2.    A violation of the Self Incrimination Clause of the Fifth Amendment to the Constitution of the United States.

3.    A violation of the concepts contained in <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966) and its progeny that were designed to protect Fifth Amendment rights and that apply to the elicitation of the oral and written statement obtained in this case.

Respectfully submitted,

ARTHUR JOEL BERGER
12531 S.W. 124 Path
Miami, Florida 33186
Phone: (305) 235-2050

JEFFREY E. FEILER
Suite 200
7685 S.W. 104th Street
Miami, Florida 33156
Phone: (305) 670-7700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of this Supplement was mailed to opposing counsel, ERIC E. MORALES, Assistant United States Attorney, Suite 400, 99 N.E. 4th Street, Miami, Florida 33132 on this 19th day of October, 2006.

ARTHUR JOEL BERGER