UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20778CR-JORDAN

FLORIDA BAR NO.  347604

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KENT FRANK,**

    Defendant.
_____/

## LIST OF REBUTTAL EXPERTS

COMES NOW the Defendant by and through undersigned counsel, and respectfully files this List of Rebuttal Experts as follows;

    1.    Dr. Monica Feraldo
            (Anthropologist)
            Distinguishing Age of Asian Cultural and Multi-Cultural Individuals

    2.    Dr. Todd Schwartz
            (Interventional Radiologist)
            Age determination based upon bone scans

    3.    Srey Suor
            (Attorney)
            Expertise in Cambodian Criminal Law

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed this 10th day of November, 2006 to the United States Attorney's Office, Eric Morales, AUSA, 99 N.E. 4th Street, Miami, Florida 33132.

JEFFREY E. FEILER, P.A.
7685 S.W. 104th Street, Ste. 200
Miami, Florida  33156
Tel:  (305) 670-7700
Fax:  (305) 669-8198


By:_____
     JEFFREY E. FEILER