UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 04-20778-CR-JORDAN

**UNITED STATES OF AMERICA**

vs.

**KENT FRANK,**

      **Defendant.**
_____/

UNITED STATES' MOTION WITH OBJECTIONS
IN DEPOSITION OF WITNESS SENG LEENA

**COMES NOW** the United States of America, through undersigned counsel, respectfully files written objections regarding the deposition of Seng Leena. The United States has moved to admit the deposition of Seng Leena (DE 181). This filing is made in anticipation of the granting of the motion. The United States begs the Court that it rule on these objections in time so that the recording of the deposition can be redacted according to the Court's ruling.

By mutual agreement of the parties at the initiation of the deposition, all objections were to be reserved except objections as to form of the question. Along with this filing, the United States will forward to the Court and to the defense a copy of the transcript of the deposition.

The United States respectfully moves the Court to grant the following objections:

**OBJECTIONS**

1.     Page 34, line 15 to p. 35, line 5: both the question and the answer should be struck.

1

   a. The questions call for a hearsay answer. Fed. R. Evid. 801 and 802.

   b. Lack of personal knowledge. Seng Leena had testified that he first became involved when he was hired by AFESIP to interpret on January 2. The question asks the witness if "he is aware that on January 1st, the day before, the police informed Mr. Frank, of why he had been arrested?"

2. Page 57, line 17 to p. 58, line 15.

   a. Hearsay, improper foundation, irrelevant. The question pertained to a document that was signed by Defendant outside the witnesses presence, without the witnesses knowledge, and on a different day than the witness was with the Defendant. The witness has no personal knowledge of this document. It is not relevant to his testimony and it is not relevant to the case.

3. Page 73, line 16 to 23.

   a. Argumentative and improper characterization.

4. Page 77, line 17, to p. 78, line 9.

   a. Irrelevant and argumentative.

5. Page 80, line 14 to p. 83, line 16.

   a. Irrelevant and argumentative.

### Conclusion

The United States requests that the Court grant the motion and sustain the objections.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By:    s/Eric Morales
        ERIC E. MORALES
        Assistant United States Attorney
        Court ID Number A5500886
        99 NE 4th Street, Suite 600
        Miami, FL  33132-2111
        Tel: 305-961-9377
        Fax: 305-530-7976

        WENDY WALDRON
        Trial Attorney, U.S. Department of Justice
        1400 New York Ave. N.W.
        Washington, D.C. 20005
        Telephone: (202) 514-5780
        Facsimile: (202) 514-1793

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/Eric Morales
        Eric E. Morales
        Assistant United States Attorney