UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20778CR-JORDAN

FLORIDA BAR NO.  347604

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KENT FRANK,**

    Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO DEPOSITION OF SENG LEENA

COMES NOW, defendant Kent Frank by and through undersigned counsel and objects to the following questions and answers contained in the Rule 15 Deposition of Seng Leena and as grounds states;

1. Page 65, line 15 to page 66, line 2 as leading and inflammatory.
2. Page 68, line 8 to page 69, line 13 as irrelevant and misleading.

    If granted, defendant withdraws his re-cross examination on page 73, line 25 to page 79, line 14.

3. Page 69, line 24 to page 70, line 20 to eliminate the witness from referring to Ken Frank's statement as a "confession".  The question is properly asked and answered on page 70 and 71.

WHEREFORE, defendant respectfully requests the Court grant these objections and Order the Government to redact the DVD testimony and transcript accordingly.

          Respectfully submitted,

          JEFFREY E. FEILER, P.A.
          Attorney for Defendant
          7685 S.W. 104th Street
          Suite 200
          Miami, Florida  33156
          Tel:    (305) 670-7700
          Fax:   (305) 669-8198

          By: s/ Jeffrey E. Feiler__
              JEFFREY E. FEILER

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          s/ Jeffrey E. Feiler
          JEFFREY E. FEILER