UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20778-CR-AJ

**UNITED STATES OF AMERICA**

vs.

**KENT FRANK,**

      **Defendant.**
_____/

**UNITED STATES' NOTICE OF INTENT TO SEEK ADMISSION OF
SELF-AUTHENTICATING DOMESTIC RECORDS - THAI AIR**

The United States of America provides this notice, pursuant to Fed. R. Evid. 902(11), of the government's intent to introduce into evidence at trial self-authenticating domestic records of regularly conducted activity. The evidence in question consists of records Thai Airways International, El Segundo, CA. These records were previously provided to the defense in the course of regular disclosures. Copies of these same records with a certification have been provided to defense counsel.

This notice is filed to provide the defense with an opportunity to challenge such records inadvance of trial in accordance with Fed. R. Evid. 902(11).

                                Respectfully submitted,

                                R. ALEXANDER ACOSTA
                                UNITED STATES ATTORNEY

            By:    s/Eric Morales
                     Eric E. Morales
                     Assistant United States Attorney
                     Court I.D. No. A5500886
                     99 Northeast 4th Street
                     Miami, Florida 33132-2111
                     Tel: (305) 961-9255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Eric Morales
Assistant U.S. Attorney