UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20778-CR-AJ

**UNITED STATES OF AMERICA**

**vs.**

**KENT FRANK,**

  **Defendant.**
_____/

**UNITED STATES' LIST OF WITNESSES AND NAMES TO BE MENTIONED**

  The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the following attached list of witnesses expected to be called in the above trial set for the week beginning October 31, 2005.

  The United States requests leave to add witnesses as may become necessary during the trial in this matter.

              Respectfully submitted,
              R. ALEXANDER ACOSTA
              UNITED STATES ATTORNEY

      By:  s/Eric Morales
           Eric E. Morales
           Assistant United States Attorney
           Court I.D. No. A5500886
           99 Northeast 4th Street
           Miami, Florida 33132-2111
           Tel: (305) 961-9255

**United States v. Kent Frank**
**Southern District of Florida**
**Case No. 04-20778-CR-Jordan**

**United States' List of Possible Witnesses and Persons to be Mentioned**

1. Thea Keo (of the Cambodian National Police)

2. Doctor Ma Ly

3. Doctor Walter Lambert

4. Gary Phillips (SA ICE)

5. Sene Tchen (SA ICE)

6. George Rodriguez (SA ICE)

7. Richard Matthews (SA ICE)

8. Sovanny Ly

9. Sous Vansak

10. Nguyen Thi Dieu (or Yiu)

11. Nguyen Thi Diem

12. Nguyen Thi Hang

13. Nguyen Thi Thu

14. Tae Kuk Cho (SA ICE)

15. Seng Leena

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Eric Morales
Assistant U.S. Attorney