UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
KENT FRANK )
_____ )

### ORDER ON OBJECTIONS TO SENG LEENA'S DEPOSITION

The government's motion to admit the deposition testimony of Seng Leena [D.E. 181] is granted pursuant to Rule 804(b)(1), as the record shows that he is unavailable to testify at trial.

My rulings on the government's objections with respect to the deposition are as follows:

- Pg. 34, lines 15-22: Sustained – hearsay.
- Pg. 57, line 17, to pg. 58, line 15: Overruled – Mr. Seng is able to make a lay comparison the signatures on the two documents, given that he saw Mr. Frank sign Exhibit 25.
- Pg. 73, lines 16-23: Overruled.
- Pg. 77, line 17, to pg. 78, line 9: Sustained – Irrelevant.
- Pg. 80, line 14, to pg. 81, line 16: Sustained – Irrelevant.

With respect to Mr. Frank's objections, my rulings are as follows:

- Pg. 65, line 15, to pg. 66, line 2: Sustained – Leading.
- Pg. 68, line 8, to pg. 69, line 13: Sustained – Irrelevant (this means that Mr. Frank's recross from pg. 73, line 25, to pg. 79, line 14, is also excluded).
- Pg. 69, line 24, to pg. 70, line 20: Sustained.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of March, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge Torres
           All counsel of record