UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20778-CR-JORDAN

FLORIDA BAR NO.  347604

**UNITED STATES OF AMERICA**,

     Plaintiff,

**v.**

**KENT FRANK,**

     Defendant.

_____/

## PROPOSED REDACTIONS TO
## RULE 15 DEPOSITION OF NGUYEN THI DIEM

COMES NOW, defendant Kent Frank by and through undersigned counsel and proposes the following redactions to the Rule 15 Deposition of Nguyen Thi Diem taken January 19, 2007 and states;

1.     There are no objections by the defendant.

2.     The defendant requests the following redactions be permitted;

     a.     Page 14, line 20 through page 18, line 8 as Legal Argument

     b.     Page 19, line 1 through line 20 as Legal Argument

     c.     Page 40, line 1 through line 3 as defendant offers to withdraw

     d.     Page 45, line 17 through page 50, line 17 as legal argument

     e.     Page 55, line 19 through line 22 as withdrawn by Government

     f.     Page 73, lines 21 and 22 as withdrawn by Government

     g.     Page 101, line 20 through line 24 as withdrawn

WHEREFORE, defendant respectfully requests this Court permit the above redactions.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
7685 S.W. 104th Street
Suite 200
Miami, Florida  33156
Tel:     (305) 670-7700
Fax:     (305) 669-8198

By: s/ Jeffrey E. Feiler_____
      JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler_____
JEFFREY E. FEILER