UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20778-CR-JORDAN

FLORIDA BAR NO.  347604

**UNITED STATES OF AMERICA**,

    Plaintiff,

**v.**

**KENT FRANK,**

    Defendant.
_____/

### DEFENDANT KENT FRANK'S OBJECTIONS TO RULE 15 DEPOSITION OF NGUYEN THI HANH

COMES NOW, defendant Kent Frank by and through undersigned counsel and objects to the Rule 15 Deposition of Nguyen Thi Hanh taken January 19, 2007 and states;

1.   Defendant objects to those matters contained at page 83 line 20 through page 85, line 16 as it refers to Kent Frank being in custody.  The terms "released" and "in jail" are contained during this questions and answer session.

    Respectfully submitted,

    JEFFREY E. FEILER, P.A.
    Attorney for Defendant
    7685 S.W. 104th Street
    Suite 200
    Miami, Florida  33156
    Tel:    (305) 670-7700
    Fax:    (305) 669-8198

    By: s/ Jeffrey E. Feiler_____
        JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler_____
JEFFREY E. FEILER