UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
KENT FRANK )
_____ )

**ORDER ON OBJECTIONS TO DEPOSITIONS OF HANG AND DIEM**

My rulings on the objections and requested redactions to the depositions of Hang and Diem are as follows. If an objection is not mentioned, that is because the objection has been overruled in all respects.

**HANG**

1. Defense Objections.

• Pg. 83, l.20 to pg. 85, l.16: Sustained. As directed in court, all references to Mr. Frank being in custody or in jail, or his being released, will be deleted. All references to Hang wanting to help Mr. Frank will remain, subject to the above redactions.

2. Government Objections.

• Pg. 7, l.12, to pg. 15. l.25: Denied as to pg. 7. l.12 to l.22. Sustained.in all other respects.

• Pg. 12, l.5, to pg. 13, l.5: Denied as to pg. 12, l.5 to l.21. Sustained in all other respects.

• Pg. 17, l.24, to pg. 18, l.5: Sustained.

• Pg. 30, l.25, to pg. 31, l.5: Sustained.

• Pg. 31, l.23 to l.25: Sustained.

• Pg. 35, l.10 to l.15: Sustained.

• Pg. 40, line 17: Transcript will be corrected if the question was about Exhibit 46C.

• Pg. 66, l.8 & pg. 74, l.17: Transcript will be corrected to reflect "Dieu."

• Pg. 87, l.22 to pg. 88, l.3: Sustained. Attorney discussion will be deleted.

DIEM

1. Defense Objections.

• Pg. 14, l.20, to pg. 18, l.8 / p. 19, l.1 to l.20 / pg. 45, l.17 to pg. 50, l.17: Sustained. All attorney discussion will be deleted.

2. Government Objections.

• Pg. 8, l.25, to pg. 9, l. 8: Denied as to pg. 8, l.25, to pg. 9, l.22. Sustained in all other respects.

• Pg. 39, l.18 to l.19 / pg. 40, l.15 to l.16 /p pg. 41, l.8 to l.12 / p. 42, l.10 to .16: Sustained.

• Pg. 61, l.10 to l.12: Lunch exchange will be deleted.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of March, 2007.

*[signature: Adalberto Jordán]*
Adalberto Jordán
United States District Judge

Copy to:   Magistrate Judge Torres
           All counsel of record

*[signature: Adalberto Jordán]*