UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) )  ) |
| KENT FRANK | ) |
| _____ | ) |

**NOTICE OF FILING**

The clerk is directed to file the draft set of jury instructions discussed by the parties during the charge conference today.

DONE and ORDERED in chambers in Miami, Florida, this 2nd day of April, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record