4/5/07
11:20 AM

Your Honor,

What is the procedure if we are unable to come to an agreement on two counts?

We are awaiting your reply.

---

Received 11:25 am 4-5-07
c/o a USDJ

Ladies and Gentlemen: We would like you to continue your deliberations, given that you have been deliberating for a day and a half or so. If after further deliberations you are unable to come to an agreement on certain counts, you can let us know and we will deal with the question you have asked about procedure.

Sincerely,
Adalberto Jordan USDJ