4/5/07
11:45 AM.

Your Honor,

May we have the DVD testimony of Dieu (#51) to view?

Thankyou

Received 4-5-07   11:45 am
cc: file
WDJ