UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KENT FRANK,

    Defendant,

-vs-                                         Case No. 04-20778-CR-AJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

**EMERGENCY MOTION TO AMEND**
**JUDGEMENT & COMMITMENT (J&C) ORDER**

    **NOW COMES**, Kent Frank, and prays this Court will amend it's Judgement and Commitment (J&C) Order to include crucial language enunciated at sentencing. Frank relies upon the axiom that the District Court knows the law.

    At sentencing, the District Court ordered Frank's incarceration **"not to be served"** in a penitentiary. Moreover, the District Court recommended that Frank also receive "program treatment" at the Federal Correctional Institution at Butner, North Carolina. Nevertheless, Frank's Judgement and Commitment Order does not include the penitentiary decree. This crucial language was inadvertently omitted. **U.S. v. Khoury**, 901 F.2d 935 (11th Cir. 1990)("oral pronunciation at sentencing is the **law"**). See copy of attached Judgement & Commitment Order.

> **NOTE: Frank's trial and sentencing transcripts have yet to be transcribed.**

    Frank was indicted and convicted for violations of Title

18 U.S.C. §2251A and §2423(b),(c). Frank received a forty-year sentence, and is presently incarcerated at the Federal Correctional Complex at Coleman, Florida in the Medium Security facility. Upon arrival, Frank's security rating was calculated at a total of five security points. This is a <u>minimum</u> security rating. Since his arrival, Frank has maintained clear conduct and actively participates in institutional based programs. Nevertheless, Frank's 40-year sentence is calculated as a <u>high-level</u> security rating by the Bureau of Prisons. Frank's Case Manager, Mr. Karol, has <u>now</u> recommended Frank be transferred to a penitentiary. Albeit, the sensitive statutory language of Frank's convictions, among violent-prone penitentiary inmates, Frank will be put in a very precarious situation. Frank will have to seek protective custody (PC) in solitary confinement. This will deprive Frank from the prison legal library computers that do not exist in (PC), and extremely limits his telephone access to his attorneys while on direct appeal.

Moreover, the BOP security classification program allows for a "management variable" to adjust an inmate's security and safety to insure an appropriate security level in the correct environment. More importantly, a "judicial" management variable can be specified by the District Court and, when not reasonable, the Court must be notified in writing with an explanation outlining the reasons for not satisfying that management variable. See attached: BOP Management Variable Policy.

Frank spoke to Ms. Linda Figueroa, Karol's supervisor,

and she advised she had received Karol's recommendation, but will set it aside for further consideration. Ms. Figueroa also stated, she did not believe Frank would fair well in a penitentiary and recommended Frank speak to the Warden. Frank will attempt to speak to the Warden, who rarely allows any inmate to approach for conversational matters.

Frank needs and seeks the assistance of the Court.

## CONCLUSION

Kent respectively request an emergency expedited ruling to amend his Judegement & Commitment Order to include "no incarceration at a penitentiary" due to nature of his crimes.

Respectfully submitted,

Kent Frank
#
FCC Medium (C-1)
PO Box 1032
Coleman, FL 33521-1032

P5100.08
9/12/2006
Chapter 5, Page 8

| \ | MANAGEMENT VARIABLE EXPIRATION TABLE | |
|---|---|---|
| CODE | DESCRIPTION | LENGTH |
| A | None | N/A |
| B | Judicial Recommendation | N/A |
| D | Release Residence/Planning | N/A |
| E | Population Management | Up to 18 months** |
| G | Central Inmate Monitoring Assignment | N/A |
| I | Medical/Psychiatric | 6 months |
| N | Program Participation | Up to 18 months, at the discretion of the Regional Director** |
| R | Work Cadre | N/A |
| S | PSF Waived* | N/A (However, if an inmate is transferred to a more secure institution based on behavior related to the waived PSF, this MGTV will be removed.) |
| U | Long-Term Detainee | N/A |
| V | Greater Security* | Up to 24 months** |
| W | Lesser Security* | N/A |

\* requires application of a Management Security Level (MSL)
\*\* if no expiration date is entered, SENTRY will default to an expiration date 12 months in advance

P5100.08
9/12/2006
Chapter 5, Page 4

| CODE | MGTV - DESCRIPTION |
|---|---|
| A | **None.** No Management Variables apply. Institution staff are permitted to enter this item. |
| ✓ B | **Judicial Recommendation.** The sentencing court may recommend a specific institution or program. When consistent with policies or when such actions are consistent with sound correctional management, the Bureau of Prisons attempts to satisfy judicial recommendations. When this is not feasible, the court is notified in writing with an explanation outlining the reasons for not satisfying that recommendation. |
| D | **Release Residence.** The Bureau of Prisons attempts to place each inmate in an institution that is reasonably close to the anticipated release area. Ordinarily, placement within 500 miles of the release area is to be considered reasonable, regardless of whether there may be an institution closer to the inmate's release area. This MGTV may also apply to inmates who are within 36 months of release. |
| E | **Population Management.** Situations may occur in which an inmate requires housing in a facility which is not commensurate with his or her security level. Following are example situations: facility activation; population pressures affecting available appropriate-level bed space within 500 miles of the inmate's anticipated release residence; gang/security concerns. |
| G | **Central Inmate Monitoring Assignment.** Pursuant to the CIM Program Statement, some inmates, for specified reasons, need to be monitored or separated from others. Sometimes these special management concerns limit the options for placement. |
| I | **Medical or Psychiatric.** An inmate who has a history of or is presently exhibiting psychiatric problems may need an initial designation to a psychiatric referral center. Similarly, documented information reflecting that the inmate may need medical or surgical treatment may require a designation to a medical referral center. Designations and redesignations of these inmates will |

```
COMTS  606.00 *           MALE CUSTODY CLASSIFICATION FORM    *    07-01-2008
PAGE 001 OF 001                                                    13:57:38
                         (A) IDENTIFYING DATA              ORG: COM
REG NO..: 34855-086           FORM DATE: 06-30-2008 — (had Judge)
NAME....: FRANK, KENT                  MGTV: NONE
                                       MVED:
PUB SFTY: SEX OFFN,SENT LGTH
                         (B) BASE SCORING
                             SEVERITY........: (5) HIGH
DETAINER: (0) NONE           CRIM HIST SCORE: (00) 0 POINTS
MOS REL.: 375                VIOLENCE........: (1) > 10 YRS MINOR
ESCAPES.: (0) NONE           AGE CATEGORY....: (2) 36 THROUGH 54
VOL SURR: (0) N/A            DRUG/ALC ABUSE..: (0) NEVER/>5 YEARS
EDUC LEV: (0) VERFD HS DEGREE/GED
                         (C) CUSTODY SCORING
                             PROG PARTICIPAT: (2) GOOD
TIME SERVED.....: (3) 0-25%  TYPE DISCIP RPT: (5) NONE
LIVING SKILLS...: (2) GOOD   FAMILY/COMMUN..: (4) GOOD
FREQ DISCIP RPT.: (3) NONE
                     --- LEVEL AND CUSTODY SUMMARY ---
                                                             CUSTODY  CONSIDER
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL      IN     DECREASE
 +8   +19    -3       +5         HIGH          N/A
                INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G5149           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
G0005
```

- The inmate's release residence;

- The level of overcrowding at an institution;

- Any security, location or program recommendation made by the sentencing court;

- Any Central Inmate Monitoring issues (see Program Statement <u>Central Inmate Monitoring Program</u>);

- Any additional security measures to ensure the protection of victims/witnesses and the public in general; and,

- Any other factor(s) which may involve the inmate's confinement; the protection of society; and/or the safe and orderly management of a BOP facility.

Initial designations to BOP institutions are initiated, in most cases by staff at the Designation and Sentence Computation Center (DSCC), Grand Prairie, Texas, who assess and enter information from the sentencing court, U.S. Marshals Service, U.S. Attorneys Office or other prosecuting authority and the U.S. Probation Office about the inmate into a computer database (SENTRY). SENTRY then calculates a point score for that inmate which (for example, 18 points) is then matched with a commensurate security level institution.

| Security Level | Custody Level | Male | Female |
|---|---|---|---|
| MINIMUM | COMMUNITY and OUT | 0-11 points | 0-15 points |
| LOW | OUT and IN | 12-15 points | 16-30 points |
| MEDIUM | OUT and IN | 16-23 points | * |
| HIGH | IN and MAXIMUM | 24+ points | 31+ points |
| ADMINISTRATIVE | All custody levels | All point totals | All point totals |