UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20778-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
KENT FRANK )
)
_____ )

### ORDER GRANTING IN PART MOTION TO AMEND JUDGMENT

Mr. Frank's pro se motion to amend the judgment [D.E. 332] is GRANTED IN PART. An amended judgment will be issued, and that amended judgment will recommend to the Bureau of Prisons that Mr. Frank be committed to FCI Butner, where he will be able to participate in sex offender treatment programs.

In all other respects, the motion to amend is denied. As far as I can recall, I did not say at sentencing that I was going to recommend that Mr. Frank not serve his sentence at a penitentiary.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
Kent Frank, pro se, FCC Medium (C-1), P.O. Box 1032, Coleman, FL 33521-1032