```
                    FILED by ___ D.C.
                       AUG 20 2008
                    STEVEN M. LARIMORE
                    CLERK U.S. DIST. CT.
                    S. D. of FLA. – MIAMI
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | . Case No. 04-20778-CR-AJ |
| Plaintiff, | . Miami, Florida |
| v. | . July 31, 2007 |
| | . 11:01 a.m. |
| **KENT FRANK,** | . |
| Defendant. | . |

- - - - -

Transcript of Sentencing Hearing had

before the Honorable Adalberto Jordan,

United States District Judge.

- - - - -

VOLUME II

- - - - -

Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305) 523-5568

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 04-20778-CR AJ
### DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____