UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  11-20507-CIV-MORENO

KENT FRANK,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation **(D.E. No. 2)**, filed on **February 14, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 27)** on **January 27, 2012** after holding an evidentiary hearing. The Court has reviewed the entire file and record and heard argument on **May 23, 2012**. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 27)** on **January 27, 2012** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Petitioner's Motion to Vacate **(D.E. No. 1)**, filed pursuant to 28 U.S.C. §2255 is

DENIED.

DONE AND ORDERED in Open Court at Miami, Florida, this _23_ day of May, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record